UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MARINKA PESCHMANN,                    :    15 Civ. 9504 (PGG) (JCF)
                                      :
              Plaintiff,       :          O R D E R
                                      :
    - against -                       :
                                      :
BLOGTALKRADIO, INC., CINCHCAST,       :
INC., STEPHEN QUAYLE, DOUGLAS         :
HAGMANN, and DOES 1-20,               :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____      │
│ DATE FILED: 9/21/16          │
└─────────────────────────────┘
```

     A pretrial conference having been held by telephone on

September 21, 2016, it is hereby ORDERED as follows:

     1. Defendants shall serve and file any motion to dismiss by

October 31, 2016.

     2. Plaintiff shall answer the motion by November 30, 2016.

     3. Defendants shall reply by December 16, 2016.

          SO ORDERED.

                         James C. Francis IV
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       September 21, 2016

Copies mailed this date:

Marinka Peschmann
P.O. Box 45094
Port Credit
Mississauga, Ontario
L5G 4S7 Canada

1

Bruce S. Rosen, Esq.
McCusker, Anselmi, Rosen, Carvelli, PC
805 Third Ave.
12th Floor
New York, NY 10022

Jane W. Arnone, Esq.
Benanti & Assocs.
350 Bedford St.
Stamford, CT 06901