UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARINKA PESCHMANN,

                       Plaintiff,

-against-

BLOGTALKRADIO, INC., CINCHCAST, INC.,
STEPHEN QUAYLE, DOUGLAS HAGMANN,
AND DOES 1-20,
                  Defendants.

-----------------------------------------------x

CIVIL ACTION NO.:
15-CV-09504-PGG

Notice of Filing Email
With Attachment From
Defendant Stephen Quayle's
Litigation Adjuster

## NOTICE OF FILING E-MAIL WITH ATTACHMENT FROM DEFENDANT STEPHEN QUAYLE'S LITIGATION ADJUSTER

### SECOND ATTEMPT TO END THIS CASE OUTSIDE OF PROCEEDINGS AND THE RUSSIA PROBES INTO THE 2016 PRESIDENTIAL ELECTION

Plaintiff *pro se* hereby files these emails and attachment of the notice she received from Defendant Stephen Quayle's litigation adjuster, she emailed to counsel Bruce S. Rosen for the Defendants Stephen Quayle, Douglas Hagmann, and Jane Arnone for Defendants Blog Talk Radio, Inc. and Cinchcast, Inc., on August 14, 2017 with Counsels response.

In brief, Bruce S. Rosen does not agree it is necessary to notify this Court concerning this, and Jane Arnone did not respond to Plaintiff's emails.

I declare under penalty of perjury under the laws of the United States, and pursuant to the laws of the State of New York, that the foregoing is true and correct.

Dated: August 21, 2017
Ontario, Canada

cc: Counsel of record via ECF
Bruce S. Rosen
Jane W. Arnone

Respectfully submitted by:

_____
Marinka Peschmann, Plaintiff *pro se*
P.O. Box 45094 Port Credit, Mississauga
Ontario, L5G 4S7 Canada, 646-929-4132,
646-929-4132, marinkapm@aol.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument was sent to the *Pro Se* Intake Unit, at Southern District Court of New York, located at 500 Pearl Street, Room 200, New York, New York 10007, to be served, using electronic mail, this 21st of August 2017 to the following counsel parties of record:

Representing Defendants Stephen Quayle and Douglas Hagmann

Bruce Steven Rosen
McCusker, Anselmi, Rosen, Carvelli, P.C.
805 Third Avenue, 12th Floor
New York, NY 10022  Email: brosen@marc-law.com
BRosen@marc.law

Representing Defendants BLOGTALKRADIO, Inc. and CINCHCAST, Inc.

Jane W. Arnone (ja0450)
14 Pemberwick Road
Greenwich, CT 06831
Telephone: 203-550-6108
Email: janeweisbecker@gmail.com

By /s/ Marinka Peschmann
Marinka Peschmann,
Plaintiff *pro se*
P.O. Box 45094 Port Credit
Mississauga, Ontario, L5G 4S7
Canada
Telephone: 646-929-4132
Fax: 917-732-7754
Email: marinkapm@aol.com

**From:** Marinkapm <Marinkapm@aol.com>
**To:** brosen <brosen@marc.law>
**Cc:** janeweisbecker <janeweisbecker@gmail.com>; cchen <cchen@marc.law>
**Subject:** Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF
**Date:** Mon, Aug 14, 2017 9:15 am
**Attachments:** Quayle Insurance Adjuster Notice 115cv09504.pdf (1424K)

August 14, 2017

Re: *Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF*

Dear Mr. Rosen,

I hope this email finds you well.

I am writing you today to inform you that I received a notice from a litigation adjuster named Mandy DiOrio from Nationwide—Depositors Insurance Company on behalf of Defendant Stephen Quayle.

It seemed a little odd to me for several reasons.

For starters, there was no proposed settlement offer letter included with it or any reference to you or to your office, yet according to Ms. DiOrio I am supposed to direct future correspondence to her office.

Is Ms DiOrio working with you and your office in some capacity on behalf of Defendant Stephen Quayle now?

Please advise and clarify. It is my understanding that all parties should be notified regarding developments with this action.

Attached is a true and accurate copy of the notice with the envelope I received. As I've noted before, cross border mail is unpredictable. Sometimes it is fast, sometimes it is slow, so please ship documents if time is of the essence. In such cases, please give the courier my landline. It's 905-891-0580 and provide me with a tracking # so I may keep an eye out that it's not held up at the border in customs. Thanks.

Lastly, isn't it proper that you/we notify our Honorable Judge Gardephe regarding the Russia investigations, your clients, and some of the individuals in their "circle of trust" in the alternative media ( ... John Does 1-20 )?

I'm asking because Defendant Douglas Hagmann confirmed it publicly.

Frankly, I figured it was only a matter of time as reports concerning some of the post-presidential election investigations started hitting the public domain.

Indeed. It appears most people were surprised to learn about the reach, impact and magnitude of the alternative media. Not me as my lawsuit I initially filed in November 2015 verifies. *See* Amended Complaint for *e.g.* at 2, 3, 61, 100, 110, 117, 119, 128-129, 227-242. As such, you have my full and unwavering consent that our Judge be notified of these developments.

Looking forward to hearing back from you.

Good day Counsel.

Regards,

/s/Marinka Peschmann
Marinka Peschmann
Plaintiff *pro se*
PO Box 45094 Port Credit
Mississauga, Ontario L5G 4S7 Canada
646-929-4132
905-891-0580
marinkapm@aol.com
Enclosure

Cc: Counsel for BTR and Cinchcast Jane Arnone



Marinka Peschmann
Page 1 of 1

| | |
|---|---|
| Date prepared | June 23, 2017 |
| Notice of loss date | March 30, 2017 |
| Claim number | 934607-GE |
| Policy number | HOD 0045252623 |
| Questions? | Contact Claims Associate Mandy DiOrio Mandy.Diorio@nationwide.com Phone 720-889-3077 Fax 877-836-5153 |

Marinka Peschmann
PO Box 45094
Port Credit, Mississauga

## Claim details

| | |
|---|---|
| Insurer: | Depositors Insurance Company |
| Policyholder: | STEPHEN QUAYLE |
| Claimant: | Marinka Peschmann |
| Claim number: | 934607-GE |
| Loss date: | February 10, 2015 |

Dear Marinka Peschmann,

I am the litigation adjuster assigned to this case. Please direct all future correspondence to me.

## For more information

If you have any questions or concerns, please contact me at 720-889-3077 or Mandy.Diorio@nationwide.com.

Sincerely,

Mandy DiOrio
Depositors Insurance Company
One Nationwide Gateway
Des Moines, IA 50391-1913



Nationwide
is on your side®

One Nationwide Gateway, Dept. 5576
Des Moines, IA 50391-5576

22.63





PO BOX 45094 RPO PORT CREDIT
MISSISSAUGA ON L5G 4S7

U.S. POSTAGE >> PITNEY BOWES

ZIP 80124 $ 000.42³
02 4W
0000345581 JUL 27 2017

ZIP 80124 $ 000.73⁰
02 4W

**From:** Marinkapm <Marinkapm@aol.com>
**To:** BRosen <BRosen@marc.law>
**Cc:** janeweisbecker <janeweisbecker@gmail.com>; cchen <cchen@marc.law>
**Subject:** Re: Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF
**Date:** Mon, Aug 14, 2017 9:47 am

Really? I'm not so sure.

Follow the money ... circle of trust etc? I guess time will tell one way or the other.

What I do know and can already verify is I wasn't defamed and had violence incited against me because I was wrong.

You already know about a lot of the evidence which I will be submitting. *Push play.*

Good day Counsel.

In a message dated 8/14/2017 9:22:12 A.M. Eastern Daylight Time, BRosen@marc.law writes:

> I don't believe it is relevant to this issues in this case

Bruce S. Rosen

McCusker, Anselmi, Rosen & Carvelli, P.C.
210 Park Avenue, Suite 301, Florham Park, NJ 07932

973.635.6300 ext. 211 | direct: 973.457.0123

fax: 973.635.6363 | direct fax: 973.457.0276

brosen@marc.law | http://www.marc.law

(please note our email addresses have changed to *@marc.law*)

NY Office: 805 Third Avenue, 12th Floor, New York, NY 10022

212.308.0070 | fax: 917.677.8978

Celebrating our 20th anniversary 1996-2016

NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 973-635-6300 and delete this message. Disclaimer required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

**From:** Marinkapm@aol.com [mailto:Marinkapm@aol.com]
**Sent:** Monday, August 14, 2017 9:21 AM
**To:** Bruce Rosen
**Cc:** janeweisbecker@gmail.com; Cindy Chen
**Subject:** Re: Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF

Okay ... and concerning the other investigations.

In a message dated 8/14/2017 9:19:18 A.M. Eastern Daylight Time, BRosen@marc.law writes:

> Nationwide is Mr. Quayle's insurance carrier. They mistakenly sent you that notice. Please ignore it.

---

Bruce S. Rosen

McCusker, Anselmi, Rosen & Carvelli, P.C.
210 Park Avenue, Suite 301, Florham Park, NJ 07932

973.635.6300 ext. 211 | direct: 973.457.0123

fax: 973.635.6363 | direct fax: 973.457.0276

brosen@marc.law | http://www.marc.law

(please note our email addresses have changed to *@marc.law*)

NY Office: 805 Third Avenue, 12th Floor, New York, NY 10022

212.308.0070 | fax: 917.677.8978

Celebrating our 20th anniversary 1996-2016

NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 973-635-6300 and delete this message. Disclaimer required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

**From:** Marinkapm@aol.com [mailto:Marinkapm@aol.com]
**Sent:** Monday, August 14, 2017 9:16 AM
**To:** Bruce Rosen
**Cc:** janeweisbecker@gmail.com; Cindy Chen
**Subject:** Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF

August 14, 2017

Re: *Peschmann v. Blogtalkradio, Inc., et al. 1:15-cv-09504-PGG-JCF*

Dear Mr. Rosen,

I hope this email finds you well.

I am writing you today to inform you that I received a notice from a litigation adjuster named Mandy DiOrio from Nationwide—Depositors Insurance Company on behalf of Defendant Stephen Quayle.

It seemed a little odd to me for several reasons.

For starters, there was no proposed settlement offer letter included with it or any reference to you or to your office, yet according to Ms. DiOrio I am supposed to direct future correspondence to her office.

Is Ms DiOrio working with you and your office in some capacity on behalf of Defendant Stephen Quayle now?

Please advise and clarify. It is my understanding that all parties should be notified regarding developments with this action.

Attached is a true and accurate copy of the notice with the envelope I received. As I've noted before, cross border mail is unpredictable. Sometimes it is fast, sometimes it is slow, so please ship documents if time is of the essence. In such cases, please give the courier my landline. It's 905-891-0580 and provide me with a tracking # so I may keep an eye out that it's not held up at the border in customs. Thanks.

Lastly, isn't it proper that you/we notify our Honorable Judge Gardephe regarding the Russia investigations, your clients, and some of the individuals in their "circle of trust" in the alternative media ( ... John

Does 1-20 )?

I'm asking because Defendant Douglas Hagmann confirmed it publicly.

Frankly, I figured it was only a matter of time as reports concerning some of the post-presidential election investigations started hitting the public domain.

Indeed. It appears most people were surprised to learn about the reach, impact and magnitude of the alternative media. Not me as my lawsuit I initially filed in November 2015 verifies. See Amended Complaint for e.g. at 2, 3, 61, 100, 110, 117, 119, 128-129, 227-242. As such, you have my full and unwavering consent that our Judge be notified of these developments.

Looking forward to hearing back from you.

Good day Counsel.

Regards,

/s/Marinka Peschmann

Marinka Peschmann

Plaintiff *pro se*

PO Box 45094 Port Credit

Mississauga, Ontario L5G 4S7 Canada

646-929-4132

905-891-0580

marinkapm@aol.com

Enclosure


Cc: Counsel for BTR and Cinchcast Jane Arnone

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARINKA PESCHMANN,

         Plaintiff,    CIVIL ACTION NO.:
                 15-CV-09504-PGG
 -against-

                 Notice of Filing Email
BLOGTALKRADIO, INC., CINCHCAST, INC.,   With Attachment from
STEPHEN QUAYLE, DOUGLAS HAGMANN,   Defendant Stephen Quayle's
AND DOES 1-20,            Litigation Adjuster
         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pro Se Intake Unit            August 21, 2017
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007


Dear Pro Se Intake Unit:

I am Plaintiff *pro se,* Marinka Peschmann, in the above referenced action. Enclosed please find for filing—Notice of Filing E-Mail With Attachment from Defendant Stephen Quayle's Litigation Adjuster.

As always, thank you.

Kind Regards,

Marinka Peschmann
Plaintiff *pro se*
PO Box 45094 Port Credit
Mississauga, Ontario L5G 4S7 Canada
646-929-4132, marinkapm@aol.com
Fax: 917-732-7754
Enclosures

Marika Peschmann, Plaintiff pro se
PO Box 45094 Port Credit
Mississauga, Ontario L5G 4S7
Canada

Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007
U.S.A.

RECEIVED
SDNY PRO SE
2017 AUG 22 PM 3:14

PLACE COMPLETED WAYBILL

Please ensure necessary documentation is complete, and goods are packed securely.

made from recycled materials

EXPRESS WORLDWIDE **DOX** _DHL_

2017-08-21 WSI 3.23.00 / 90-1411

Origin: YHM

From: MARINKA PESCHMANN
MARINKA PESCHMANN
P.O. BOX 45094 PORT CREDIT
L5G 4S7 MISSISSAUGA ON
Canada
Contact Ph : 19058910580

To: SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT
500 PEARL STREET, ROOM 200
10007 NEW YORK NY
United States Of America
Contact : Ph :12128050136

US-ZYP-ZY4

Day Time
Piece PceShpt Weight
1/1 0.90/0.9 lbs

Contents: LEGAL DOCUMENTS

Recipient's Copy Piece 1 of 1

WAYBILL 34 8306 3706

(2L)US10007+42000000

(J) JD01 4600 0046 7507 0842

SDNY