# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marinka Peschmann ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | No.   1:17-cv-259 |
| Stephen Quayle, et al ) | |
| ) | |
| ) | |
| Defendants ) | |

**HEARING ON** November 6, 2017   Status Conference

Before  U. S. Magistrate Judge  Susan Paradise Baxter

| | |
|---|---|
| Marinka Peschmann, pro se | Bruce Rosen, Esq. |
| | Michael Agresti, Esq.  w/ client |
| | ~~Jane Weisheeker Arnone, Esq.~~ |
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun  11:01 | Hearing Adjourned  11:13 |
| | Stenographer   Ron Bench |
| | CD:           Index: |

MD due ~~November 30, 2017,~~ December 15, 2017. Opposition due January 12, 2018. Reply due Jan. 26, 2018.

*Cynthia Sanders*
*Staff Attorney*