# EXHIBIT 1

*Rolling Stone*   Anatomy of a Fake News Scandal                💬

**TRENDING**      Elon Musk: The Architect of Tomorrow    Inside Ron Jeremy Sexual Misconduct Allegations    Pizzagate: a Fake New...

‹                                                                    ›

Completely free credit score

**582**

No credit card required

 Ad closed by Google
Report this ad   AdChoices ▷
Poor   Fair   Good   Excellent

 credit karma ▷

See my score

# Anatomy of a Fake News Scandal

Inside the web of conspiracy theorists, Russian operatives, Trump campaigners and Twitter bots who manufactured the 'news' that Hillary Clinton ran a pizza-restaurant child-sex ring

**By Amanda Robb**
10 hours ago



Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 3 of 107

*RollingStone*   **Anatomy of a Fake News Scandal**



Carmen Kat'z Facebook post likely set Pizzagate in motion. "Someone or some group possibly took this unwitting woman and made her the source that they need." says Watts. Illustration by Sean McCabe

*This story was reported in partnership with The Investigative Fund and Reveal from the Center for Investigative Reporting. Additional reporting: Aaron Sankin, Laura Starecheski, Michael Corey, Jaime Longoria and Jasper Craven.*

The revelations overcame Edgar Maddison Welch like a hallucinatory fever. On December 1st, 2016, the father of two from Salisbury, North Carolina, a man whose pastimes included playing Pictionary with his family, tried to persuade two friends to join a rescue mission. Alex Jones, the Info-Wars host, was reporting that Hillary Clinton was sexually abusing children in satanic rituals a few hundred miles north, in the basement of a Washington, D.C., pizza restaurant. Welch told his friends the "raid" on a "pedo ring" might require them to "sacrifice the lives of a few for the lives of many." A friend texted, "Sounds like we r freeing some oppressed pizza from the hands of an evil pizza joint." Welch was undeterred. Three days later, armed with an AR-15 semiautomatic rifle, a .38 handgun and a folding knife, he strolled into the restaurant and headed toward the back, where children were playing ping-pong. As waitstaff went table to table, whispering to customers to get out, Welch maneuvered into the restaurant's kitchen. He shot open a lock and found cooking supplies. He whipped open another door and found an employee bringing in fresh pizza dough. Welch did not find any captive children – Comet Ping Pong does not even have a basement – but he did prove, if there were any lingering doubts after the election, that fake news has real consequences.

# *RollingStone*   Anatomy of a Fake News Scandal

**RELATED**

## Krist Novoselic on How to Stop Fake News Without Congress

Nirvana bassist and electoral-reform activist writes that citizen investors
have the power to stop fake news on social media – even if Congress won't



Welch's arrest was the culmination of an election cycle dominated by fake news – and by attacks on the legitimate press. Several media outlets quickly traced the contours of what became known as Pizzagate: The claim that Hillary Clinton was a pedophile started in a Facebook post, spread to Twitter and then went viral with the help of far-right platforms like Breitbart and Info-Wars. But it was unclear whether Pizzagate was mass hysteria or the work of politicos with real resources and agendas. It took the better part of a year (and two teams of researchers) to sift through the digital trail. We found ordinary people, online activists, bots, foreign agents and domestic political operatives. Many of them were associates of the Trump campaign. Others had ties with Russia. Working together – though often unwittingly – they flourished in a new "post-truth" information ecosystem, a space where false claims are defended as absolute facts. What's different about Pizzagate, says Samuel Woolley, a leading expert in computational propaganda, is it was "retweeted and picked up by some of the most powerful faces of American politics."

The original Pizzagate Facebook post appeared on the evening of October 29th, 2016, a day after then-FBI Director James Comey announced that the bureau would be reopening its investigation into Clinton's use of a private e-mail server while secretary of state. Data from the server had been found on electronics belonging to former Rep. Anthony Weiner (the husband of Clinton's close aide Huma Abedin), who had been caught texting lewd messages to a 15-year-old. On Facebook, a user named Carmen Katz wrote, "My NYPD source said its much more vile and serious than classified material on Weiner's device. The email DETAIL the trips made by Weiner, Bill and Hillary on their pedophile billionaire friend's plane, the Lolita Express. Yup, Hillary has a well documented predilection for underage girls. . . . We're talking an international child enslavement and sex ring."

Case 1:17-cv-00259-SPB-RAL    Document 90-1    Filed 02/05/18    Page 5 of 107

*RollingStone*    **Anatomy of a Fake News Scandal**    💬



Katz's Facebook profile listed her residence as Joplin, Missouri. With a link to a story headlined "Breaking: Hillary Clinton strategy memo leaked: 'Steal yard signs,' " Katz posted, "You know how we handle yard sign theft or tampering in South Missouri? With a 3 prong garden hoe buried in the middle of the back." We found no record of anyone with the name Carmen Katz in the entire state. But searching through her online activity, we noticed another clue: Every time she posted petitions on Change.org, such as "Put Donald Trump's Face on Mount Rushmore," the last signer was invariably Cynthia Campbell of Joplin. Campbell used the same profile picture as "Carmen Katz" on Facebook – that is, the same snapshot of the same cat.

For more than 20 years, a 60-year-old attorney named Cynthia Campbell has practiced law out of her bungalow-style home in Joplin. In April, I began trying to contact her, asking if she was behind the initial Pizzagate post. Within days, the Carmen Katz Facebook account disappeared. I went to Campbell's house to try in person. A large NRA sticker adorned the screen door; on the porch was feline statuary and gardening equipment, including a three-pronged hoe. She didn't answer but later texted and called me. Campbell said yes, she set up the Facebook account, but it was hacked two or three years ago. She never explicitly denied posting the comment that started Pizzagate. Instead, she told me to disregard the NRA sticker – she just "supports hunting." She also claimed to be a rare Democrat in southwest Missouri. "You don't say much," she said. "You don't stick signs out."

Social-media accounts are routinely- hacked, but the next morning, when Campbell texted me 21 times, she sounded every bit like the user behind the

Case 1:17-cv-00259-SPB-RAL    Document 90-1    Filed 02/05/18    Page 6 of 107

*RollingStone*   **Anatomy of a Fake News Scandal**                                                💬

original Carmen Katz post. "Stalking and harassing innocent people who have done nothing to you is wrong, evil and illegal," she wrote. "You should be helping people get their lives and health back going through such nightmares, not piling on, harassing them, making them feel unsafe and preyed upon." She threatened to report me to both the ACLU and Best Buy's Geek Squad.

"[P]eople like you don't give a shit that you destroy innocent humans' lives," she said. "Go back to your soul-sucking job. . . . You are fake news!"



Flowers and notes left by well-wishers outside of Comet Ping Pong. Jessica Gresko/AP

**It strains the imagination to think how Campbell** – a cat lady in Missouri – had pieced together not only the story that Clinton was a sex-trafficking pedophile, but its details: NYPD officials, Weiner's laptop, Jeffrey Epstein's private jet. According to Clint Watts, a cyber and homeland-security expert at the Foreign Policy Research Institute, Katz fits neatly into a well-worn blueprint for disinformation campaigns. For a story to gain traction, propagandists plant false information on anonymous chat boards, hoping real people will pick it up and add a "human touch" to acts of digital manipulation. "If you want to sow a conspiracy, you seed it someplace –

**RollingStone**   Anatomy of a Fake News Scandal

4chan or Reddit is a perfect vehicle," he says, and wait for someone like Katz to take the bait. "Someone or some group," Watts says, "possibly took this unwitting woman and made her the source that they need."



Ad closed by Google

Report this ad

AdChoices ▷

**Seniors Life Insurance**

No medical exam plans for Canadian seniors ages 50-80. Get a Quote!

On a pair of anonymous message boards, we found several possible seeds of Pizzagate. On July 2nd, 2016, someone calling himself FBIAnon, who claimed to be a "high-level analyst and strategist" for the bureau, hosted an Ask Me Anything forum on 4chan. He claimed to be leaking government secrets – á la Edward Snowden – out of a love for country, but it wasn't always clear which country he meant. At various times, he wrote, "Russia is more a paragon of freedom and nationalism than any other country" and "We are the aggressors against Russia." FBIAnon's secrets were about the Department of Justice's inquiry into the Clinton Foundation, which federal prosecutors never formalized. "Dig deep," he wrote. "Bill and Hillary love foreign donors so much. They get paid in children as well as money."

"Does Hillary have sex with kidnapped girls?" a 4channer asked.

"Yes," FBIAnon answered.

Another possible germ of Pizzagate appeared online about 10 hours before Katz posted her story on Facebook. TheeRANT describes itself as a message board for "New York City cops speaking their minds." Virtually everyone on the site uses an identity-masking screen name. Favorite topics include police body cameras (bad) and George Soros (worse). On October 29th, 2016, someone calling himself "Fatoldman" posted that he had a "hot rumor" about the FBI investigation.

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 8 of 107

# *RollingStone*   Anatomy of a Fake News Scandal

"[T]he feds were forced to reopen the hillary email case [because] apparently the NYPD sex crimes unit was involved in the weiner case," Fatoldman wrote. "On his laptop they saw emails. [T]hey notified the FBI. Feds were afraid that NYPD would go public so they had to reopen or be accused of a coverup."



Ad closed by Google    [>]
Report this ad

Harvard Business Review

72% of CEOs expect finance to become a more strategic business unit.

Learn how finance teams are leading this transformation.

Read the report

Kaplan

Someone posted the news to a law enforcement Facebook group. From there, a user called Eagle Wings (@NIVIsa4031) posted it to Twitter. Eagle Wings' profile picture shows a smiling middle-aged woman above the description "USAF Vet believes Freedom Soars." Among her more influential followers are former deputy assistant to President Trump Sebastian Gorka and former national security adviser Gen. Michael Flynn, who actually shared a separate Eagle- Wings tweet last year. Eagle Wings' enthusiastic following likely has something to do with membership in "Trumps WarRoom," a private group of online activists who share and amplify political messages. Participants told Politico's Shawn Musgrave that hundreds, perhaps even thousands, of pro-Trump rooms coalesced during the campaign. "The members aren't stereotypical trolls," Musgrave tells me. "Most are baby boomers." A lot are women from the Midwest.

But Eagle Wings is not a typical political enthusiast, says Woolley, who directs research at the Institute for the Future's Digital Intelligence Lab. She tweets too often (more than 50,000 times since November 2015) to too many followers (120,000 as of November 2017). "Without a shadow of a doubt," he says, "Eagle Wings is a highly automated account [and] part of a bot network" – a centrally controlled group of social-media accounts. To explain how they work, Ben Nimmo, a fellow at the Atlantic Council's Digital Forensic

**Rolling Stone**    Anatomy of a Fake News Scandal

Research Lab, uses a shepherding analogy. "A message that someone or some organization wants to 'trend' is typically sent out by 'shepherd' accounts," he says, which often have large followings and are controlled by humans. The shepherds' messages are amplified by 'sheepdog' accounts, which are also run by humans but can be default-set "to boost the signal and harass critics." At times, the shepherds personally steer conversations, but they also deploy automation, using a kind of Twitter cruise control to retweet particular keywords and hashtags. Together, Nimmo says, the shepherds and sheepdogs guide a herd of bots, which "mindlessly repost content in the digital equivalent of sheep rushing in the same direction and bleating loudly."

Whether Katz repeated something a herd of bots was bleating, or repackaged tidbits found on other parts of the Internet, her Facebook post was the "human touch" that helped the fake news story go viral. The "tell," says Watts, was what happened next. Most of us post into Internet oblivion. But about 12 hours after Katz shared her story, a Twitter user named @DavidGoldbergNY tweeted a screenshot of her post, twice – adding, "I have been hearing the same thing from my NYPD buddies too. Next couple days will be -interesting!"

On Twitter, @DavidGoldbergNY described himself as a "Jew, Lawyer & New Yorker." The account went live around the time of the Republican National Convention, in July 2016, posting divisive tweets like "Attacking the 1 percent is attacking 43 percent of the Jewish community." The account's profile picture – a man with a nose Photoshopped to look very large and hooked – has been used online for more than a decade. Based on the limited threads that have been archived, Woolley says, @DavidGoldbergNY appears to have been, like Eagle Wings, "highly automated" and part of "an organized effort" – possibly a bot network – to spread disinformation. One of @DavidGoldbergNY's tweets about the Katz Facebook post was retweeted 6,369 times.

What's nearly impossible to tell is who ran @DavidGoldbergNY. The handle is not among the 2,752 Twitter accounts linked to the Internet Research Agency, a disinformation shop run by the Kremlin, which the House Intelligence Committee released in November. And Twitter has yet to make public the handles of an additional 36,746 bot accounts its attorney Sean Edgett told Congress have "characteristics we used to associate an account with Russia." In any case, Russia is not the only one playing this game. "We've also had sources tell us that using bot networks has become a common practice among U.S. political campaigns," says Woolley, a practice that is difficult to trace. "They do it with subcontractors," he explains. "And the Federal Election Commission doesn't require reporting for subcontractors." One thing that does stand out, he adds, is "the more sophisticated bot nets, the ones that are successful at spreading stories, are built by people with a lot of resources. In our experience, across multiple different countries, the people that have deep pockets are the powerful political actors."

**According to a sample of tweets with Pizzagate** or related hashtags provided by Filippo Menczer, a professor of informatics at Indiana University, Pizzagate was shared roughly 1.4 million times by more than a quarter of a million accounts in its first five weeks of life – from @DavidGoldbergNY's tweet to the day Welch showed up at Comet Ping Pong. The vast majority of tweeters in our sample, just 10 percent of all possible hits, posted about the story only a few times. But more than 3,000 accounts in our set tweeted about Pizzagate five times or more. Among these were dozens of users who tweet so frequently – up to 900 times a day – that

## *RollingStone*   Anatomy of a Fake News Scandal                    🗨

experts believe they were likely highly automated. Even more striking: 22 percent of the tweets in our sample were later deleted by the user. This could be a sign, Woolley says, of "someone sweeping away everything so that we can't follow the trail."

Next, we decided to cross-reference the most frequent Pizzagate tweeters with a list of 139 handles associated with Trump campaign staffers, advisers and surrogates. We also ran our entire sample against the list of accounts linked to Russia's Internet Research Agency. We found that at least 14 Russia-linked accounts had tweeted about Pizzagate, including @Pamela_Moore13, whose avatar is, aptly, an anonymous figure wrapped in an American flag; that account has been retweeted by such prominent Trump supporters as Donald Trump Jr., Ann Coulter and Roger Stone, the political operative who recommended Paul Manafort as Trump's campaign manager. (Special Counsel Robert Mueller recently indicted Manafort for money laundering as part of his investigation into possible collusion with Russian efforts to influence the presidential race.) "Well! Well! Well!" "Pamela Moore" tweeted on November 19th, 2016, above the fake news headline "FBI: Rumors About Clinton Pedophile Ring Are True."

The campaign's engagement went far deeper. We found at least 66 Trump campaign figures who followed one or more of the most prolific Pizzagate tweeters. Michael Caputo, a Trump adviser who tweeted frequently about Clinton's e-mails, followed 146 of these accounts; Corey Stewart, Trump's campaign chair in Virginia, who lost a tight primary race for governor in June, followed 115; Paula White-Cain, Trump's spiritual adviser, followed 71; Pastor Darrell Scott, a prominent member of Trump's National Diversity Coalition, followed 33. Flynn's son, Michael Flynn Jr., who followed 58 of these accounts, famously took the bait and was ousted from the Trump transition team in early December after tweeting, "Until #Pizzagate proven to be false, it'll remain a story."



**RollingStone**   Anatomy of a Fake News Scandal

Report this ad

AdChoices

**Seniors Life Insurance**

No medical exam plans for
Canadian seniors ages 50-80.
Get a Quote!

Many of the Pizzagate tweeters had the characteristics of political bots –
Twitter handles made up of random or semi-random letters and numbers and
twin passions for conservative politics and pets (puppies and kitties win
audience, Watts says). Others were all too human. Crystal Kemp, a 50-year-
old grandmother who lives in Confluence, Pennsylvania, tweeted about the
story more than 4,000 times in five weeks. I reached out to her via Facebook
to ask why. "Didn't want Hillary to win at any cost," Kemp tells me, "but liked
Trump from day one. I don't really know that much about the Pizzagate
thing. Everything I tweeted or retweeted was stuff that I found through my
own research or from another follower."

Kemp tweeted links to articles from well-known right-wing sites like Fox
News and Breitbart. But she also shared stories from obscure outlets like
ConservativeDailyPost.com, which appears to be among the fake-news sites
that operated from Macedonia during the election. Buzzfeed had found that
teenagers in the deindustrialized town of Veles published pro-Trump stories
because they were profitable as click-bait. When I traveled to Macedonia last
summer, Borce Pejcev, a computer programmer who has set up dozens of
fake-news sites – for around 100 euros each – said it wasn't quite that simple.
Macedonians don't invent fake news stories, he told me. "No one here knows
anything about American politics. They copy and paste from American sites,
maybe try to come up with more dramatic headline." Fox News,
TruePundit.com, DailyCaller.com, InfoWars and Breitbart, he said, were
among the Macedonians' most common source material ("Breit-bart was
best"). Macedonians would've happily copied anti-Trump fake news too, he

*RollingStone*   Anatomy of a Fake News Scandal

said. "Unfortunately, there weren't any good U.S. pro-Clinton fake-news sites to copy and paste."

That was exactly how the right-wing-media ecosystem worked during the 2016 campaign, explains Yochai Benkler, who directs the Berkman-Klein Center for the Internet and Society at Harvard. After the election, he and his colleagues mapped about 2 million campaign-news stories. He found that far-right-media outlets were organized extremely tightly around Breitbart and, to a lesser degree, FoxNews.com. "The right paid attention to right-wing sites, and the more right-wing they were, the more attention they got," Benkler says. More extreme sites would distort and exaggerate the claims, but they would use a "relatively- credible source" such as Breitbart as a validator. "Because they were repeated not only on the very far-fringe sites but also by sites that are at the center of this cluster, the right-wing disinformation circulated and amplified very quickly."

**Douglas Hagmann is a self-employed private investigator** and host of HagmannReport.com, a webcast that exposes the "New World Order agenda." It was Hagmann who – four days after Carmen Katz first posted the story and six days before Election Day – brought Pizzagate from social media to fake news' largest stage. On the November 2nd broadcast of InfoWars, arguably the most influential conspiracy-theory outlet in the country, with 7.7 million unique visitors to its website a month, Alex Jones asked Hagmann to tell his audience what sources had revealed about the e-mails recovered on Weiner's computer. "[T]he most disgusting aspect of this is the sexual angle," Hagmann said. "I don't want to be graphic or gross here. . . . Based on my source, Hillary did in fact participate on some of the junkets on the Lolita Express."

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 14 of 107

**RollingStone**   Anatomy of a Fake News Scandal



The story took off. Google Trends measures interest in topics among the 1.17 billion users of its search engine on a 0-100 scale. On October 29th, the day Katz posted the story on Facebook, searches for "Hillary" and "pedophile" ranked zero. Ninety-six hours later, when Hagmann "broke" the story on InfoWars, they scored 100.

In April, Hagmann agreed to meet with me for a look at his "courtroom-ready" documents on Pizzagate. His split-level home in Erie, Pennsylvania, is on a quiet leafy street. In the front yard, there's a small waterfall, a rock garden and a large sign warning that the place is under surveillance. He greeted me in the foyer wearing a suit and tie, his hair slicked back with Brylcreem, and led the way downstairs to his basement broadcast center.

In October 2016, Hagmann claimed, he "communicated" with a friend who knows someone affiliated with the NYPD. The friend of the friend had been on the "task force" that secured Weiner's computer and had copied documents onto a thumb drive "proving" Clinton and her associates were involved in pedophilia. "Now, I can't get him to give me the thumb drive," he said. "Or even admit to the fact that he had it." When I asked how he knew the files existed, he said, "I trust my source."

Hagmann then launched into a synopsis of three decades of rumors that Clinton and her associates are lesbians and perverts. He started with the claims of Cathy O'Brien, a conspiracy theorist from Muskegon, Michigan, who alleged that while held as a CIA sex slave, she was forced to service Hillary Clinton. Hagmann moved on to Clinton's "close" relationship with

**RollingStone**  Anatomy of a Fake News Scandal

Podesta, and his brother Tony resemble sketches of the suspects in the 2007 disappearance of four-year-old Madeleine McCann in Portugal. "Sorry," Hagmann stopped himself. "I know this case is difficult. Circumstantial."





From $24,690  lease or finance from 1.49%

2018 C-HR  Burlington TOYOTA  www.burlingtontoyota.ca

When I asked if he had verified anything, Hagmann shuffled some papers, lifting one sheet by a corner, like a poker player. With apparent reluctance, he turned over a color copy of an image showing a clean, uninjured boy wearing a green T-shirt in a dog cage. The child could have been playing or held hostage. "That might be a disturbing image," I said. "But I don't see what it has to do with Hillary Clinton." He shrugged. "You could say I have dog crap for answers and dog crap for sources," he said, adding later, "I hope you don't think this was a waste."



Douglas Hagmann answering questions about his "courtroom-ready" documents "proving" Pizzagate. Courtesy of Reveal.

# *RollingStone*   Anatomy of a Fake News Scandal   💬

The following month, at Awaken to the Shakin', a Bible conference in Gurnee, Illinois, Hagmann presented his evidence to an audience of about 40 middle-aged churchgoers. His courtroom-ready exhibits included the Wikipedia entry for "fake news," the New Oxford Dictionary definition of "post-truth," a quote by John Wayne, a photo of people sitting on a couch wearing horse masks, a photo of scars on the fingers of John Podesta. And the kicker – a photo of a decapitated body that Hagmann said was a victim of serial killer Jeffrey Dahmer and another of a sculpture by Louise Bourgeois in Tony Podesta's home, ironically titled "The Arch of Hysteria." The two images, he said, are shockingly similar.

All the same, two days after Hagmann's appearance on InfoWars, Erik Prince, the brother of Trump's secretary of education, Betsy DeVos, "confirmed" that the terrible rumor was true in an interview on Breitbart. Prince is best known as the founder of the private military company Blackwater USA, whose mercenaries shot and killed 17 unarmed Iraqi civilians in Baghdad's Nisour Square in 2007. He donated $250,000 to the Trump campaign and became an informal adviser on intelligence and security issues, traveling to the Seychelles during the transition to meet with a Kremlin associate in an attempt to create back-channel communications between Moscow and the president-elect. On Breitbart radio, Prince painted a picture sure to stir the far right. "Because of Weinergate and the sexting scandal, the NYPD started investigating," he said. "They found a lot of other really damning criminal information, including money-laundering, including the fact that Hillary went to this sex island with convicted pedophile Jeffrey Epstein. Bill Clinton went there more than 20 times. Hillary Clinton went there at least six times."

The right-wing-media system went into overdrive. Prince's story was picked up and embellished by other right-wing outlets, and made its way back to InfoWars that afternoon. Citing Prince's interview, Jones fumed, "When I think about all the children Hillary Clinton has personally murdered and chopped up and raped . . . yeah, you heard me right. Hillary Clinton has personally murdered children." Jones' video was viewed on YouTube more than 427,000 times. Prince's interview was shared another 81,000 times. On

# *Rolling Stone*   Anatomy of a Fake News Scandal

Twitter, the numbers were increasing exponentially-–300 percent in just six days.





Alex Jones' InfoWars covered Pizzagate before and after the election. "Hillary Clinton has personally murdered children," the host told his audience. Illustration by Sean McCabe

*RollingStone*    Anatomy of a Fake News Scandal    ●

**Long before October 28th, 2016,** when Comey wrote to Congress that the FBI would be reexamining Clinton's use of a private e-mail server, her campaign knew they had a huge e-mail problem. In focus groups, voters conflated the case with the e-mails Russian operatives had hacked from the Democratic National Committee and Podesta, her campaign manager. Though U.S. intelligence agencies now agree that a Kremlin--associated group, Fancy Bear, hacked the e-mails – which WikiLeaks began posting less than an hour after *The Washington Post* published Trump's "grab them by the pussy" video – a senior Clinton campaign staffer tells me, "There was just more voyeuristic interest in the content of the e-mails than in how they were obtained."

The confusion was encouraged online by the likes of @DavidGoldbergNY. The e-mails on Weiner's laptop had nothing to do with Podesta's Gmail account, but one of his tweets of the Katz post included #podestaemails23. "That hashtag is a flag," Woolley says. "It suggests that @DavidGoldbergNY is attempting to get people to look at something." On message boards, amateur sleuths searched for encoded evidence in the Podesta e-mails. A particular source of fascination was an invitation from the performance artist Marina Abramovic for Podesta to attend a "Spirit Cooking dinner." Allegations started circulating that Clinton consumed semen, breast milk and menstrual blood.

The story still hadn't penetrated Clinton's campaign headquarters. They'd become inured to the avalanche of fake news – the rumors that she was on her deathbed, funding ISIS, even dissed by the pope. But when a Clinton campaign staffer noticed "Podesta Spirit Cooking Emails Reveal Clinton's Inner Circle as Sex Cult with Connections to Human Trafficking" on DangerandPlay.com become "Podesta Practices Occult Magic" on the Drudge Report, and then saw Alex Jones shouting that Clinton "is an abject, psychopathic demon from hell," who "smell[s] like sulfur," he went straight into Podesta's office at the campaign's Brooklyn headquarters. "You're not going to believe it," the aide told him. "Now you're a fucking witch."

It got even weirder after users on 8chan read a Podesta e-mail that revealed

Pizzagate: Anatomy of a Fake News Scandal – Rolling Stone
Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 19 of 107
Page 18 of 59

**RollingStone**   Anatomy of a Fake News Scandal

Pong pizzeria, James Alefantis. The citizen investigators considered Brock their archenemy – he'd founded Correct the Record, a Super PAC that defended Clinton against defamation by online trolls. Suddenly, they saw sinister meaning in any mention of pizza; for instance, the first letters in the words "cheese pizza" are the same as in "child porn."



 

Until November 2016, the Pizzagate hashtag had mostly referred to Trump's use of a fork and knife to eat pizza. But on November 4th, two days after Hagmann's appearance on InfoWars, Cassandra Fairbanks, then a reporter for Sputnik News (which U.S. intelligence says spreads Kremlin-directed-disinformation), tweeted, "I've literally spent the last hour wondering if podesta ingested sperm mixed with breast milk with his brother." In response, another user, @GodlessNZ, appears to have launched the hashtag: "Tweets assembling under #JohnMolesta and maybe #PizzaGate."

That day, Alefantis got a phone call from a reporter at *The Washington City Paper* seeking a comment about a rumor going viral on Reddit. "What's Reddit?" Alefantis asked.

It was just beginning. Even as the election came and went, several Twitter accounts tweeted exclusively about Pizzagate to a number of alt-right "influencers" – among them InfoWars and Brittany Pettibone, one of a handful of alt-right "girls" who regularly appear at the movement's events. At least one single-minded account, @Pizza_Gate, likely caught the attention of Mehmet Ali Önel, a Turkish TV anchor. The network Önel works for is linked to the government of President Recep Tayyip Erdoan, which was facing

*Rolling Stone*   Anatomy of a Fake News Scandal

for proposing a law that would risk decriminalizing pedophilia for offenders who married their victims. Önel, who has 196,000 Twitter followers, was one of dozens of Turkish commentators who claimed Americans had no right calling out Turkey for sex crimes with Pizzagate erupting in their own capital. One of the most shared Pizzagate tweets was posted by the anchor on November 16th. Roughly translated, it reads, "USA #PizzaGate shaken by the pedophilia scandals."

Among the users who picked up the thread was Jack Posobiec, a well-known alt-right troll whom Trump himself has retweeted. During the campaign, Posobiec was special-projects director for Citizens for Trump, a never-officially-organized voter-fraud prevention group. Several hours after Önel sent his November 16th tweet, Posobiec went to investigate Comet Ping Pong and another nearby pizzeria. Live-streaming the visit on Periscope, he described evidence of "what's really going on" – a double pane of glass near an oven, security cameras, a texting cashier. Posobiec paused, worrying his viewers might not understand the situation. "It's like in the movie *Jurassic Park*," he said. "Nedry had the shaving cream bottle. And you could press the top and a little bit of shaving cream came out.... The bottom part is where they had the dinosaur embryos."

The Twittersphere went wild. The previous day, our sample indicates there were roughly 6,000 tweets about Pizzagate. Now, it was closer to 55,000. Alefantis tried and failed to get Facebook and Twitter to remove the posts. (Both companies declined to comment for this story.) When the restaurant started getting death threats, Alefantis called the police, then the FBI, and got nowhere. "It turns out you can say anything about anyone online," he says. "It's your First Amendment right to terrorize."

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 21 of 107

**RollingStone**   Anatomy of a Fake News Scandal                                  ●

James Alefantis on the lack of accountability for perpetrators of fake news stories online. Courtesy of Reveal.

Alefantis thought he'd finally scored a victory when *The New York Times* published an article debunking Pizzagate. He learned what the Clinton campaign found out too late. As Harvard's Benkler puts it, "The right-wing-media ecosystem had become so hyperpartisan, so self-referential and so superinsular it often simply ignored information that's disconfirming." Instead, right-wing social media referenced mainstream coverage as a way to "legitimate" their claims. On November 21st, the day the *Times* published its story, our sample shows Twitter traffic about Pizzagate hit unprecedented levels: some 120,000 tweets.

Trolls on message boards began posting whole "dossiers" of private information about Comet Ping Pong employees and top Democrats, down to the movies that Podesta ordered on Netflix. On November 22nd, when Reddit banned a Pizzagate subreddit for posting obviously stolen private information, a moderator responded, "We have all made life insurance videos. We have all vowed to continue this fight. You have only increased our number. This morning we were numerous, tonight we are legion." About 145,000 tweets flew that day.

The next day, InfoWars posted a video called "Pizzagate Is Real." On November 27th, Jones spent a half-hour explaining the story. "Something's being covered up," he told his audience. "All I know is, God help us, we're in

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 22 of 107

*Rolling Stone*   **Anatomy of a Fake News Scandal**                                💬

the hands of pure evil." Hours later, he released another video, "Down the #Pizzagate Rabbit Hole." On December 1st, the show posted "Pizzagate: The Bigger Picture." In North Carolina, Edgar Maddison Welch was obsessively watching much of this coverage. By the evening of December 4th, he was in solitary confinement in a Washington, D.C., jail.



Nearly a year after the election, in three separate hearings with members of Congress, executives from Twitter, Facebook and Google took turns expressing contrition for hosting Russia's attempts to manipulate U.S. public opinion. A Facebook vice president said it "pains us as a company" that foreign actors "abused our platform." Twitter's general counsel said he too was "troubled" that the power of Twitter was misused.

"There was this concept of 'Social media is going to save democracy,' " Woolley tells me. "Twitter didn't envision that powerful political actors were going to use social media in attempts to spread propaganda." Among the many strange aspects of Pizzagate was the fact that the story went viral after the election. All of the Russia-linked tweets we found were sent after November 8th. Bot networks appear to be tweeting out the hashtag to this day. Woolley suggests it could be an attempt to "bolster" Trump's position, to "win over people's hearts and minds." Clinton had lost the presidency, he says, but "she was not done in terms of her ability to be a representative of democratic ideals, or of the ideals that were oppositional to Donald Trump."

Watts, the cyber-security expert, doesn't know if Russia and the Trump campaign colluded on Pizzagate, or anything else. But both camps were

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 23 of 107

# *RollingStone*   Anatomy of a Fake News Scandal   💬

he says. "The Russians don't create this whole [alt-right] movement. They just harness it." Of course, so did Trump. But Watts believes the Russians, at least, are playing for much higher stakes than one presidential election. "The goal is to create division between communities," he says. "It is making you not trust the state. It's eroding the mandate of elected officials so that they can't govern properly. It's making people want to not participate in democracy because they think it's corrupt. It's getting you to either believe that it's all stacked against you or you just opt out altogether because you don't know what to believe. When you don't know what to believe, you'll believe anything."

*To learn more about how #Pizzagate spread, tune in to Reveal, distributed by PRX. Download the episode at revealnews.org/podcast starting Nov. 18.*

## More News

▸ **The Last Word: Michael Moore on Trump, Springsteen and America's Future**

▸ **What's Behind Trump's Vitriol for the Intelligence Community?**

▸ **Louis C.K., Roy Moore, and How America Is Reacting to #MeToo**

▸ **How Republicans Are Still Trying to Lock Hillary Clinton Up**

▸ **If Roy Moore Isn't Rock Bottom for Republicans, What the Hell Is?**

All Stories »

Comments

Topics:   Donald Trump    Hillary Clinton    Russia

## Around the Web                Powered By ZergNet

# EXHIBIT 2

**Screenshot of Douglas Hagmann on Alex Jones' *Infowars.com*,
November 4, 2016**



| Doug Hagmann Alex Jones Infowars | November 4 |





Alex Jones : Commercial Free - Fri. (11-4-16)
William Binney, Jon Rappoport, Doug Hagmann

ConspiracyScope

 Subscribe    82,290                      19,193 views

 Add to     Share    ••• More        👍 169    👎 13

Published on Nov 4, 2016
On this LIVE Friday, Nov. 4 edition of the Alex Jones Show, we look into Hillary Clinton's ties to occult rituals, including "spirit cooking." Investigative journalist Jon Rappoport reveals what this all means. Also NSA whistleblower William Binney explains what's going on deep inside intelligence communities. Doug Hagmann & Roger Stone are also on todays show.

**Screenshot of Douglas Hagmann's Twitter feed
with an apparent viewer, November 4, 2016,**
https://twitter.com/marla_mulder/status/794774583115190272/photo/1

*The Plaintiff redacted the young girl, baby, and author/parent's name.



# EXHIBIT 3

# TRANSCRIPT

| | |
|---|---|
| Show Name: | Amanda Robb interviews Douglas Hagmann |
| Source: | *Rolling Stone Magazine* courtesy of Reveal |
| Article: | Anatomy of a Fake News Scandal:  Inside the web of conspiracy theorists, Russian operatives, Trump campaigners and Twitter bots who manufactured the 'news' that Hillary Clinton ran a pizza-restaurant child-sex ring |
| URL: | https://www.rollingstone.com/politics/news/pizzagate-anatomy-of-a-fake-news-scandal-w511904 |
| Publication  Date: | 16 November 2017 |
| Interviewer: | Amanda Robb |
| Guest: | Douglas Hagmann |
| Other Speakers: | Renee Hagmann and Laura Starecheski |
| FAC: | 68 |
| Clip Summary: | Douglas Hagmann answering questions about his 'court-room' ready documents proving Pizzagate. |

*\* This story was reported in partnership with The Investigative Fund and Reveal from the Center for Investigative Reporting. Additional reporting: Aaron Sankin, Laura Starecheski, Michael Corey, Jaime Longoria and Jasper Craven.*

## --BEGIN TRANSCRIPT—

**FEMALE REPORTER***:* Hi!  Are you Mrs. Hagmann?

**RENEE HAGMANN***:*  Yeah, Renee Hagmann (dogs loudly barking), nice to meet you (some overtalk).

**AMANDA ROBB**:  Hi, I'm Amanda.

**RENEE HAGMANN:**  Hi Amanda.

**AMANDA ROBB:**  This is my colleague, Laura.

**LAURA STARECHESKI:**  Nice to meet you.

**RENEE HAGMANN:** She won't bite.

**NARRATIVE V.O. AMANDA ROBB***: So we went to his basement studio which is unbelievably decked out. There's an anchor chair and everything, and we asked for the court room ready documents. And he said they were at the copiers and that he hadn't kept a copy.

**AMANDA ROBB**: I mean on the 2nd you made a big declaration..

**DOUGLAS HAGMANN***: Yes..

**AMANDA ROBB**: ..to the world

**DOUGLAS HAGMANN***: Yes, I did. And that is based on the, I made that based in large part on information I got, I received from my sources.

**AMANDA ROBB***: Okay, and you trust them so much…

**DOUGLAS HAGMANN:** I do.

**AMANDA ROBB:** That you don't have to go back and like check it with anybody.  You really believe him.

**DOUGLAS HAGMANN***: I think that's a little bit uhh, no, It's I think that there was enough supporting evidence or supporting documentation, not evidence, but documentation to substantiate the veracity of his assertions…now..

**AMANDA ROBB**:  But what documentation?  We don't have any!

**DOUGLAS HAGMANN***: Okay, if you look, oh, okay. Well, that's true. No, we don't have any direct…You're going to hit me, aren't you?

2

# EXHIBIT 4



Order Precious Metals with Steve Quayle

# RENAISSANCE PRECIOUS METALS

If You Can't Touch It You Don't Own It     Phone: 406.586.4842

| Home | About Us | Gold ▸ | Silver | Platinum and Palladium | IRA Services | Charts ▸ | News | Contact |

## About Us

**Stephen Quayle's Renaissance Precious Metals**, has been in the precious metals business for over **34 years**, located in Bozeman, Montana. As a former newsletter editor and author of over 10 books. Steve, has been providing his clients with <u>gold</u>, <u>silver</u> and <u>platinum and palladium</u> in physical form, thus providing growth and protection for his clients hard earned money. He has been outspoken, in encouraging those who want financial life assurance to adopt his business slogan - **'if you cant touch it you don't own it'**.

Steve has been a precious metals trader for most of those years and has developed contacts world wide who have provided him with heads up information on the economy and whats going on behind the scenes, with very well connected individuals who know the market movers behind the headlines. **Renaissance Precious Metals** has been able to acquire precious metals when supply issues and disruptions kept the big guys oversold, and unable to acquire metals quickly.

Steve has been a **radio talk show host for over 23 years** and a much requested guest on some of the nations largest syndicated talk radio shows, he has been warning decades in advance that the manipulated spot price of the precious metals would move independently, and separate from, the controlled paper price of the precious metals. He was one of the most outspoken voices, 20 years ago, warning of the death of the dollar from global abandonment and stated "that both the Russian ruble and the Chinese Yuan would be backed by gold and other strategic commodities." While other "experts" started to echo the same sentiments 20 years after the fact, as Russia and China became more vocal against the us dollar, they are nowhere on record 20 years ago!

**Financial survival** is based on Steve's simple maxim-you want to move ahead of the panic, prior to the financial meltdown phase, having already acquired your precious metals not trying to acquire them during the panic, which will surely come. Simply stated you want to be where everyone else isn't so as not to be trampled by the herd.

As Steve Quayle says: "I will do my best to get you out of financial harms way as the stampeding hoof beats sound louder every day"! Give Steve a call - he is available, even on weekends, to help you with your precious metals purchases!

**Call Steve at Renaissance Precious Metals for current pricing and immediate delivery: (406)** ███████████

*Steve also runs a several other popular websites:*

<u>www.stevequayle.com</u>
<u>www.genesis6giants.com</u>
<u>www.safetrek.com</u>

Copyright © 2016 sqmetals.com - All rights reserved

www.stevequayle.com    www.genesis6giants.com    www.safetrek.com

website design by cymaxmedia    site map    contact



Home | Q Topics | Giants | Books | Radio Shows | Photos | Precious Metals | Products | About Steve | Dead Scientists

## SQ:MY CONCERN FOR THOSE 'WHO ARE WAITING TO BUY SILVER AND GOLD': 3 WORDS-: ' WAR PREMIUM' AND 'DELIVERY' WHICH IS EVERYTHING!-

FEAR AND PANIC, SUPERSEDES ALL CHARTS AND INVESTMENT RATIONALE IN THE MARKETS',ESPECIALLY WHEN IT COMES TO PRECIOUS METAL'S. MANY GOLD AND SILVER MINES ARE CLOSING WORLD WIDE. GLOBALISTS, WHO HAVE MANIPULATED AND ACQUIRED LARGE AMOUNTS OF THE PRECIOUS METALS OVER THE LAST 6 YEARS,OWN HUGE POSITIONS IN PHYSICAL METALS AND THE MINES THEMSELVES.IF WE ARE AT THE POINT WHERE WAR PREMIUMS BECOME EVIDENT AND IN YOUR FACE,THEN SUPPLY AND PRODUCTION WILL EVENTUALLY BE CURTAILED BY THE MINE OWNERS TO DRIVE UP THE PRICE OF GOLD AND SILVER,PLATINUM AND PALLADIUM.I URGE THOSE OF YOU WHO'VE BEEN ON THE SIDELINES TO MOVE NOW INTO ACQUIRING PM'S AS DELIVERY WILL BECOME PROBLEMATIC AT BEST -NON EXISTENT AT WORSE, AS ANY NUCLEAR DETONATION HAPPENS ANY PLACE IN THE WORLD,THERE WIL BE MARKET PANIC LIKE NONE OF US HAVE EVER EXPERIENCED IN OUR LIFETIMES! ...ON RECEIPT OF BANK WIRES OR CLEARED FUNDS MY COMPANY RENAISSANCE PRECIOUS METALS,CAN DELIVER GOLD OVERNIGHT AND SILVER IN 3 DAYS.FOR THOSE SEEKING OVERSEAS LEGAL DELIVERY OF PM'S, WE CAN ARRANGE DELIVERY WITHIN 5 DAYS.INTERNATIONAL AND DOMESTIC FUNDS TRANSFER WILL BE GREATLY IMPACTED BY N.KOREA SHOWDOWN AND OR INDIA/CHNA OR IRAN /US OR ANY OTHER BREWING NUCLEAR CONFLICT-BOTTOM LINE ACQUIRE AND TAKE POSSESSION ASAP OR ACQUIRE AND PRE-POSITION IN NON U.S. PM DEPOSITORIES OUT OF COUNTRY NOW-CALL TYLER AT 406-586-4840 OR, E --MAIL ME AT steve777@stevequayle.com AND PUT METALS IN THE SUBJECT LINE -I WILL CONTACT YOU ASAP-THANK YOU ,STEVE

*Aug 9, 2017*



Copyright © 2017 SteveQuayle.com

Terms | Privacy

site index

# EXHIBIT 5

Civil Action No.:1:17-CV-00259-CB-SPB

**Screenshot of Stephen Quayle (middle) on *Infowars.com*
with Alex Jones (right side), August 22, 2016.
The Alex Jones Channel has 2.2 million subscribers.**

\* Plaintiff redacted the guest's face on the left-hand-side.

Located at https://www.youtube.com/watch?v=aRegvO5fKwo  (FAC at 2)



Jim Bakker Show on Instagram: "Pastor Jim visits with Steve Quayle and Pastor David Lankford on stage while the production team continues to help us set up for the show! #TheJImBakkerShow #...



**jimbakkershow**

**Follow**



**32 likes**

5w

**jimbakkershow** Pastor Jim visits with Steve Quayle and Pastor David Lankford on stage while the production team continues to help us set up for the show!

#TheJImBakkerShow #SteveQuayle #PastorDavidLankford #ShowBusiness

Log in to like or comment.

Instagram

🔍 Search

Sign up | Log in   ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS
PRIVACY   TERMS   DIRECTORY   LANGUAGE

© 2016 INSTAGRAM

Civil Action No.:1:17-CV-00259-CB-SPB

**Screenshot from Stephen Quayle's Facebook feed asking people to support Judi McLeod's *Canada Free Press* (*CFP*) Facebook Page**



# EXHIBIT 6

**Two (2) Screenshots of Defendant Stephen Quayle's GenSix Production's
YouTube Channel, November 13, 2016**

Located at: https://www.youtube.com/watch?v=5BqYFWjWWTM.
Quayle's GenSix Productions: http://www.truelegendstheseries.com/gensix-productions/



**Legacy Sculpture Series**

**GenSix Productions**

▶ Subscribe    55K

13,143 views

➕ Add to    ↗ Share    ••• More    👍 👎

Published on Nov 13, 2016

Steve Quayle presents the Legacy Sculpture Series from GenSix Productions.

1



## Legacy Sculpture Series

**GenSix Productions**

▶ Subscribe  55K

13,143 views

➕ Add to    ➤ Share    ••• More                              👍 👎

Published on Nov 13, 2016
Steve Quayle presents the Legacy Sculpture Series from GenSix Productions.

# EXHIBIT 7



## MENU

## ABOUT THE AUTHOR



Douglas J. Hagmann has been a licensed investigator in the private sector for the last 30 years. As a private detective, Hagmann has worked well over 5,000 cases and is recognized as a surveillance specialist. He has worked as an informational and operational asset for various federal and state law enforcement agencies.

Doug Hagmann now hosts a popular radio and video talk show each weeknight from 7:00-10:00 PM ET on the Global Star Radio Network and simulcast on YouTube and other venues.

His website's are:

www.HagmannandHagmann.com and www.HagmannReport.com

  

Comments are closed.

## SPECIAL OFFER – LIMITED SUPPLY

**SPECIAL-LIMITED SUPPLY:** Autographed/personalized edition of *Stained By Blood:* $20.00 - *includes shipping!* Limited quantity!

Personalize to who? (name)



SORRY, available to U.S. residents only.

## ORDER ON AMAZON PAPERBACK & KINDLE









**#StainedByBlood**

## STAY CONNECTED

   

## SITE NAVIGATION

About the Author

An Important Message from the Author

NEWS – UPDATE!

Press Release March 13, 2016

Stained by Blood – A Murder Investigation

The Backstory

The Physics of Blood Spatter

---

## CONTACT

---

Author & Media Inquiries: author@stainedbyblood.com

## READER REVIEWS

---

**"Ya' gotta read it to believe it.** WOW!!! If you're looking for a run of the mill who done it, go check out a cheap dime store novel. This book has it all. I found myself inside each of the characters as I read it. You will find that the main character, Marc, has far more than a murder case on his hands. He's up to his eyeballs in pure evil. What pulled me most about this book is the truth of it and it was written in such a way that I was living it." *Jude - Amazon*

"I was amazed at how good the book was. I couldn't put it down and wound up only getting about 3 hours of sleep the other night so I could finish it." *- Neil L.*

"I think Mr. Hagmann may have a best seller on his hands... When I heard Mr. Hagmann make the announcement that *Stained By Blood* was coming out I had the impression it would be similar to the Franklin scandal of the same time period. SBB easily met my expectations. I would not want to spoil the story any more than I may already have so I'll just say this book will open your eyes. If you haven't read *"The Franklin Scandal"* by Nick Bryant you must read it also. Together you will have monumental insight into a very frighting reality. Congratulations on a very interesting book!" *-Amazon review from reader*

If you liked *Stained By Blood,* would you mind taking a minute to write a review on Amazon? Even a short review helps, and it would mean a lot to me. Thank you! *- Doug Hagmann*

---

Search …

## AMAZON SALES RANKING

**Amazon.com:**

# 300,941

Sales Rank by
NovelRank.com

© 2016 STAINED BY BLOOD. ALL RIGHTS RESERVED.    FASHIONISTA BY ATHEMES

**Screenshot of the Hagmann Report website's front page
February 1, 2018**



Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 48 of 107

THURSDAY, FEBRUARY 1, 2018          SIGN IN / JOIN          YOUTUBE          BLOGTALK          DONATE

FORUM

Sign in

RADIO SHOW

2 NEW SHOWS!

From the Wires

HLSUS.COM

Donate

DOWNLOADS

FORUM

PATREON

CLICK HERE TO
GET

JOIN THE MOVEMENT

TRENDING NOW          Nets, Dems, Outraged 'at 'Bombshell,' 'Controversial' Memo, ABC, NBC Skip Latest on Clinton E-Mails

WATCH NOW

LIVE STREAM WILL BEGIN AT

HAGMANN REPORT

INSIDE A GRAND SCHOOL SOCIAL JUSTICE

Peter Gymnasm   -   February 1, 2018

FOLLOW US



DEVELOPING STORY

## HIGH STAKES SHOWDOWN OVER MEMO
FBI EXPRESSES "GRAVE CONCERN" AS TRUMP CONSIDERS RELEASE

TWITTER: @CHUCKBELLA AND @SHEENAPARVEEN     DOUBLE HOMICIDE INV. 7:21 AM


20,755


15,551


110,252

SHOW ARCHIVES

### STEVE QUAYLE, LA MARZULLI, TRACY BEANZ & PETER BARRY CHOWKA

**Jon Robberson** · February 1, 2018

Wednesday February 1, 2018 Tonight on The Hagmann Report… 7:00pm ET.  Tribute to Greg Evensen with Steve Quayle, Douglas J Hagmann & Joe Hagmann 8:00pm ET.  L.A....

DOMESTIC NEWS

### FOX NEWS RATINGS TRIUMPH IN SOTU COVERAGE

**Peter Chowka** · February 1, 2018

The Fox News Channel was the big winner in the live television coverage of President Trump's first State of the Union address on Tuesday...

## PETER CHOWKA


**FOX NEWS RATINGS TRIUMPH IN SOTU COVERAGE**
February 1, 2018


**ALL BETS ARE OFF FOR THE WEEK AHEAD IN AMERICA**
January 29, 2018


**FOX NEWS SERIES EXPOSING THE CLINTON SCANDALS CONTINUES**
January 29, 2018


**STARTING APRIL 1, ILLEGALS IN CALIFORNIA CAN VOTE – LEGALLY**
January 23, 2018



**FROM THE WIRES**

### NETS: DEMS 'OUTRAGED' AT 'BOMBSHELL,' 'CONTROVERSIAL' MEMO; ABC, NBC SKIP LATEST...

Joe Hagmann  ·  February 1, 2018

All three networks on Thursday hyped the "escalating" fight over a "controversial," "bombshell" congressional memo set to be released alleging surveillance abuses against the...




**DOMESTIC NEWS**

### INSIDE A PUBLIC SCHOOL SOCIAL JUSTICE FACTORY

Joe Hagmann  ·  February 1, 2018

For decades, the public schools of Edina, Minnesota, were the gold standard among the state's school districts. Edina is an upscale suburb of Minneapolis,...

**BLOGTALKRADIO SPONSORS**







**HEALTH & WELLNESS**

### PODCAST: ON THE OBJECTIVE – WHAT IT MEANS TO OCCUPY –...

Steven Menking  ·  February 1, 2018

Join us On the Objective as your host Steven Menking (The Amateur Society) sits down with Pastor Mike Spaulding (Soaring Eagle Radio) to discuss...



**FROM THE WIRES**

### THE POWER OF A RELUCTANT WITNESS – PASTOR CARTER CONLON –...

Steven Menking  ·  February 1, 2018

Are you a reluctant witness for Jesus? God can, has, and will use even those who are reluctant. We must see people as God...

**CONFERENCES**



DOMESTIC NEWS

### REP. MAXINE WATERS CALLS FOR A PARENTAL ADVISORY WHEN TRUMP APPEARS...

**Joe Hagmann** · February 1, 2018

Rep. Maxine Waters, D-Calif., who appeared on BET Wednesday to lambast President Trump's State of the Union Address, called for a parental advisory each...



FROM THE WIRES

### MCCABE LEARNED ABOUT CLINTON EMAILS ON WEINER LAPTOP A MONTH BEFORE...

**Joe Hagmann** · February 1, 2018

Former FBI Deputy Director Andrew McCabe knew of thousands of emails related to the Hillary Clinton private server investigation for at least a month...





FROM THE WIRES

### NEW TRUMP CRACKDOWN SEEKS TO SEVER TIES BETWEEN IRAN, PALESTINIAN TERRORISTS

**Joe Hagmann** · February 1, 2018

The Trump administration announced on Wednesday a slate of new sanctions on an Iranian-backed terror organization and its top allies in the Hamas movement,...



FROM THE WIRES

### NBC: DON'T FORGET, TRUMP'S 'UNDER CRIMINAL INVESTIGATION

**Joe Hagmann** · February 1, 2018

As President Trump stepped up to podium to deliver his State of the Union address Tuesday night, the NBC News team wanted viewers to...



## MUST SEE





FROM THE WIRES

### TRUMP SURGE TRAPS DEMS IN 'RESISTANCE'

**Joe Hagmann** · February 1, 2018

House Minority Leader Nancy Pelosi was an island unto herself on Tuesday, sticking out sorely as she stood and clapped for President Trump's call...

DOMESTIC NEWS

### LIBERAL AUTHOR JONATHAN TASINI CELEBRATES FATAL GOP TRAIN ACCIDENT: 'GOD IS...

**Joe Hagmann** · February 1, 2018

Image @ CNN Author and self-proclaimed CNN "talking head" Jonathan Tasini took to Twitter on Wednesday to declare that "God is working hard today to...



*CLICK TO VIEW!*

DOMESTIC NEWS

### CORONER DEFIES COURT ORDER TO RELEASE AUTOPSY OF VEGAS MASS MURDERER...

**Joe Hagmann** · February 1, 2018

Clark County Nevada Coroner John Fudenberg is defying a court order to release the full autopsy report of Stephen Paddock, the shooter who caused...




DOMESTIC NEWS

### IMPORTANT ANNOUNCEMENT – THE HAGMANN REPORT LIVESTREAM

**Joe Hagmann** · January 31, 2018

The lifestream of our nightly radio and video show, The Hagmann Report, will not be live-streamed on YouTube until further notice. You can view/listen...

Load more







**2014** videos    **16891365** views    **110318** subscribers

## The Official Hagmann Report

110K

### Uploads



**News Followed by "Activist Mommy" and Return Guest Stephanie Hamill**

26.01.2018

7:00pm ET News with Doug and Joe Hagmann
8:00pm ET. Elizabeth Johnston aka "Activist Mommy"
9:00pm ET. Stephanie



**Birth Certificate to Deep State: Mike Zullo & Carl Gallups Connect the Dots**

27.01.2018

7:00pm ET. News with Doug and Joe Hagmann
8:00pm ET. Carl Gallups with Mike Zullo
Carl Gallup's Newest Book: "Gods and Thrones"



**Obama as the "Trojan Horse" of the Deep State - Mike Zullo & Carl Gallups on The Hagmann Report**

27.01.2018

It mattered then and it matters now. The events we are seeing play out today, from the exposure of how government surveillance was weaponized under Barack

## SPONSORS







MORE

☐ 12314    ☐ 471    ☐ 39

MORE

☐ 23363    ☐ 898    ☐ 106

MORE

☐ 24601    ☐ 956    ☐ 438



**All Hell is About to Break Loose this Week - Starting Now**

29.01.2018

News that FBI Deputy Director Andrew McCabe, who has been at the epicenter of the Deep State attacks and coordination of opposition politics against President



**The Memo Is Just the Beginning: Laura Loomer Followed by Lisa Haven**

30.01.2018

7:00pm ET News with Doug and Joe Hagmann
8:00pm ET. Laura Loomer
9:00pm ET. Lisa Haven
Please help us keep the lights on - Support us on Patreon:



**State of the Union Is Disunity: Kate Dalley Followed by SOTU Livestream**

31.01.2018

7:00pm ET News with Douglas J Hagmann and Joe Hagmann
8:00pm ET Kate Dalley, Host of The Kate Dalley Show
9:00pm ET State of the Union



MORE

☐ 91943    ☐ 3663    ☐ 672

MORE

☐ 54121    ☐ 1817    ☐ 232

MORE

☐ 15726    ☐ 728    ☐ 7






**Important Announcement - The Hagmann Report Livestream**

1:37

**Sunlight is the Best Antiseptic: Daniel Horowitz and David**

2:54:09



**One Year Ago - The Biggest Congressional Spy Ring - The Awan**

5:49



**Lankford**

**Cabal**

31.01.2018

01.02.2018

01.02.2018

The lifestream of our nightly radio and video show, The Hagmann Report, will not be live-streamed on YouTube until further notice. You can view/listen to our show from

7:00pm Doug and Joe Hagmann break down the important news as well as our analysis of the state of the union and the media reactions

While the Progressive Left & Deep State actors express their collective outrage over the imminent release of the FISA memo, their outrage - or even the slightest bit of

MORE

MORE

MORE

☐        ☐        ☐
16699    897      179

☐        ☐        ☐
9766     495      183

☐        ☐        ☐
4176     520      86

LOAD MORE...





## HELP THE HAGMANN REPORT STAY FIGHTING UNTIL THE END

## DONATE BY PATREON OR PAYPAL

**PATREON BECOME A PATRON! PAYPAL**



## DONATE BY MAIL

Case 1:17-cv-00259-SPB-RAL   Document 90-1   Filed 02/05/18   Page 56 of 107

MAILING INFORMATION

**HAGMANN INVESTIGATIVE SERVICES, INC.\***

**P.O. BOX 9534**

**ERIE, PA 16505**

**PLEASE CONSIDER HELPING US TO OFFSET OUR INVESTIGATIVE, RESEARCH AND BROADCASTING COSTS. ANY ASSISTANCE IS VERY MUCH APPRECIATED. \*NOTE: TO COMPLY WITH BANKING "LAWS" AND AS THE HAGMANN REPORT IS A CORPORATE SUBSIDIARY, CHECKS MUST BE MADE PAYABLE TO…**HAGMANN INVESTIGATIVE SERVICES, INC. P.O. BOX 9534 ERIE, PA 16505

© Hagmann Investigative Services

YOUTUBE     BLOGTALK     DONATE

# EXHIBIT 8

Civil Action No.:1:17-CV-00259-CB-SPB

**Screenshot of Defendant Stephen Quayle's  YouTube Channel,**
**"Steve Quayle's Official YouTube Channel: TV Radio Archive." January 16, 2018.**

**98,510 subscribers. Daily uploads, live streams, and/or remnant chatroom and fellowship.**

Location: https://www.youtube.com/channel/UCenEYNg0gMTgG3vY2xl1qdA/featured



Civil Action No.:1:17-CV-00259-CB-SPB

**Screenshot of Defendant Douglas Hagmann's YouTube Channel, "The Official Hagmann Report,"**
**previously known as "The Official Hagmann and Hagmann Report,"**
**and renamed during ongoing litigation.  January 16, 2018.**

**102,482 subscribers.  Daily uploads and/or live streams.**

Location: https://www.youtube.com/user/TeamKNEIN.



Civil Action No.:1:17-CV-00259-CB-SPB

**Screenshot of Plaintiff Marinka Peschmann's "Marinkapm" Youtube Channel, January 16, 2018.**

**130 subscribers. Last uploaded over three years ago.  Zero (0) live streams.**

Location: https://www.youtube.com/user/Marinkapm



# EXHIBIT 9

**Three (3) Screenshots of Wayne Willott, "W," Defendants' "Intelligence Insider" from Defendants' "Financial Insider," "V" aka Viji Varghese's Rogue Money YouTube Channel, January 20, 2017.**

Located at: https://www.youtube.com/watch?v=fuqZKVkaHfM





# EXHIBIT 10

# THE FINAL CRASH OF LARRY CASE

## The demise of a wacky Little Rock private eye who used to spy on (and for) Bill Clinton and the Arkansas machine.

**W**hen the Maumelle, Arkansas district court on a recent Thursday evening found former private eye Larry Case guilty of drunken driving and resisting arrest, it wrote another bizarre footnote to Bill Clinton's political career. Case achieved notoriety in both the '92 and '96 presidential campaigns by peddling videotapes he claimed showed Clinton womanizing and using drugs. At the same time, there were rumors that Case was taking money from the Democratic National Committee. As with much in Case's strange life, his relations with Clinton and the Clinton camp were so involuted and ambiguous that some of his compatriots seriously thought he was a double agent.

The drunk driving trial was the first time in more than a decade in which Case was without high-level protection from Clinton appointees and protégés. Case, a hulking man with short-cropped chin whiskers, was in court after nearly running down Arkansas state trooper Larry Patterson in the parking lot of the old state police headquarters last June. (TAS readers will remember Corporal Patterson as one of the Governor's detail who went public in 1993 with accounts of Bill Clinton's sexual adventures.)

That incident capped a week in which Case, who packs 235 pounds on a 6'1" frame, seemed close to running amok. After accusing prominent Republicans across the country of having him tailed, he threatened his brother with a shotgun (prompting a still pending criminal charge) and only by a stroke of luck escaped getting shot himself. It turned out that Case was indeed being followed, an odd tale of which more later. More importantly, it emerged that Case's June crisis would never have reached such a dangerous pass if he had not been given a carte blanche by the surviving leader of the local Bill Clinton–Jim Guy Tucker political faction, Pulaski County Prosecutor Mark Stodola. (In spite of strong support from Bill Clinton's fund-raisers, Stodola lost a race

JAMES RING ADAMS *is an investigative writer for* TAS.

for Congress last year and relinquished his post as the chief state prosecutor for Little Rock this January.)

Case had even higher connections. An *American Spectator* investigation reveals that Case had frequent access to then–Governor Clinton's head of the state police, in spite of his own dubious reputation. Several accounts, including Case's own, agree that he once met personally with Clinton in the governor's mansion to pass on tapes claiming to show a Republican opponent using drugs with a mistress.

Whether or not Case acted as a double agent in peddling anti-Clinton material during the presidential campaigns, his trajectory sheds light on a sinister side of Clinton's own career. As governor, Clinton eagerly used a demi-monde of private eyes and shady operators for political intelligence and, by some accounts, intimidation. Whether he would misuse the tremendous resources of the presidency for the same purpose remains an urgent question.

Case declined to be interviewed for this article without clearance from his lawyer. "I've been catching so much flak around here," he said, "I'm not going to cause any more trouble." But a picture of his career emerges from boxes full of files, tapes, and transcripts accumulated in the past two decades by the Arkansas Board of Private Investigators and Private Security Agencies, the regulator of the private security industry.

### A FRIEND IN HIGH PLACES

The saga begins in the late 1960's, when Case began running errands for various factions in the Little Rock Police Department. Former Little Rock Police Chief Walter (Sonny) Simpson later wrote a recommendation for Case, calling his moral character "comparable to acceptable community standards." He received his private investigator's license from the state police–administered P.I. Board in 1971.

Even then, however, Case had scrapes with the law, says former municipal judge and Whitewater witness David Hale. Now serv-

*March 1997* · The American Spectator



ing a federal prison term for a Whitewater-related business fraud, Hale was an assistant city prosecutor in 1972-73 when his office considered indicting Case. Hale doesn't remember the charges, but he does clearly recall that they were quashed on the orders of the head prosecutor, a rising politician and later governor named Jim Guy Tucker.

Case worked as a lone private eye for most of the 1970's, occasionally signing on as investigator for several local police departments. At least once, however, he claimed to be a Pulaski County deputy sheriff when he wasn't, and he was convicted in municipal court for criminal impersonation. In 1979, after several hearings, the Arkansas Board of Private Investigators and Private Security Agencies, the regulator of the private security industry, denied his license renewal. In addition to his impersonation conviction, the board cited "a condition of habitual drunkenness," as shown by "two violent brawls, while intoxicated, in the same public place within a year."

But Case didn't lose his political touch. In 1980, he began to do odd jobs for State Land Commissioner William J. McCuen. (Later elected secretary of state, McCuen is now serving a 17-year state prison sentence for political corruption.) In 1984, Case used his political muscle to reapply for his private investigator's license. Case faced stiff resistance from the state police officers who administered the daily affairs of the P.I. Board. But strange things started to happen. State police director Tommy L. Goodwin handed the application personally to the board administrator, Sgt. Bill Eddins, and assistant director Richard Rail dropped by the office to push it along. Eddins said he needed the application fee up front, and to his surprise received a check from Little Rock police chief Sonny Simpson.

Puzzled that Case's fee was paid by Little Rock city funds, Eddins called Case's nominal employer, a veteran private eye named Sam Tatom. "I'm doing this strictly for Goodwin and Simpson," Tatom replied, according to a transcript in the P.I. Board's voluminous files on Case. "He give them some information Simpson and them wanted, and he's been working with Simpson's people."

Case continued working with Col. Goodwin and Goodwin's people. A former Arkansas state trooper said that Case made frequent visits to Col. Goodwin's office. "The colonel would close his door, and he never closed his door." The trooper said that he asked Good-

win why he allowed Case such access. "Goodwin told me," the trooper recalled, "that the Governor wanted to know what Case knew."

## CASE AND CLINTON

During Clinton's tense 1990 re-election campaign, this curiosity led his chief of staff, Henry Oliver, to meet with Case in the office of a North Little Rock pawn shop, Arkansas Pawn Furniture and Sporting Goods. Case was peddling a taped interview with a woman who claimed to have flown to Texas with Republican candidate Sheffield Nelson for a drug party with a prominent business partner. The charges against the buttoned-down Nelson were so implausible that they never entered the campaign, and Clinton's spokesmen were later at a loss to explain the meeting.

"What you do with Larry, a lot of times you meet with him to get him out of your hair," said Michael Gauldin, Clinton's press aide, when the story reached the Arkansas *Democrat-Gazette* in October 1992. "Case has a reputation for sleaziness, and you don't know what he is likely to do. He evidently spends his life in the sludge of the world and basically our opinion is we don't want to have anything to do with him."

Yet the *Democrat-Gazette* reported that Oliver asked Col. Doug Harp, a former director of the state police and Clinton appointee to the P.I. Board, to review Case's material. Harp confirmed his meeting with Case, but Oliver said he couldn't recall it.

And even though Clinton's staff saw Case as a sludge-dweller, they were still willing to give him personal access to the governor. On September 29, 1991, Case went to the governor's mansion for a 7:30 a.m. meeting with Clinton himself. State police director Goodwin was there along with Jim Pledger, then the acting chief of staff. Case says that Capt. Raymond "Buddy" Young, head of the governor's state police escort, made an appearance and then left.

"We was all discussing girlfriends and drugs and s--t like that," Case said later in a taped conversation with state P. I. Board investigators, "and then we discussed what they was supposed to be doing for me. I'd admit, you know, they cut a deal with me."

Case thought he'd been promised a high-level post at the Alcoholic Beverage Control office. Instead, Pledger arranged a job interview for a Highway Department road crew. Case, however, passed it up.

Clinton's critics denounced the episode, and particularly the state police involvement, when it came to light in 1992. "It scares

me and it should scare people around the country," said Sheffield Nelson. "It smacks of Orwell's book *1984* when Big Brother watched everything."

## ENTER MARK STODOLA

Yet Case still had protection, this time from a new player on the Clinton-Tucker axis. In 1990, Minnesota native Mark Stodola won an uncontested election for the strategic post of Pulaski County prosecuting attorney. In this position he could decline to bring cases against political friends and he could make trouble for enemies. (Stodola showed his capacity for mischief last December when, in almost his last official act, he indicted Whitewater witness David Hale on separate state charges. According to the local press, associate independent counsel W. Hickman Ewing had met with Stodola just the day before to ask him to leave Hale alone.)

Stodola's friends included Clinton, Tucker, and their business associate James McDougal, owner of Madison Guaranty Savings and Loan. As a law student at the University of Arkansas in Fayetteville, Stodola volunteered as scheduling coordinator for the 1974 congressional campaign of law professor Bill Clinton. Later he wound up with the job of Little Rock city attorney, in part through the patronage of Jim Guy Tucker. Along the way he was chosen president of the Pulaski County, Arkansas and national Young Democrats.

When Stodola ran unsuccessfully for Congress in 1996, he collected contributions from some of President Clinton's now famous benefactors. The Tyson Foods PAC and senior executives, including presidential friend James B. Blair, donated at least $3,000. The Stephens Overseas Services PAC gave $3,500. Stodola even received $1,000 from a central figure in the John Huang/ Democratic National Committee fund-raising scandals, former Little Rock restaurateur turned China trading partner Charles Yah Lin Trie.

Stodola's friends helped him with his personal finances, too. Pulaski County real estate records contain a mortgage on three Little Rock lots for Stodola, his wife, and another couple, made by Madison Guaranty Savings and Loan. The loan of $169,000, dated January 29, 1986, allowed Stodola and his partners to retire another mortgage on the property in February 1986. They netted at least $132,000.

To their surprise, the state police administrators of the P.I. Board discovered that Stodola's friendships included Larry Case. By 1992, complaints about Case were pouring into the Board. State police investigator Wes Adams had opened five files on the free-wheeler, who continued his visits to state police director Goodwin. The most developed complaint, which led Case to surrender his license and pay a $13,500 fine, concerned billing for work the board determined Case hadn't performed. But Case refused to comply with a subpoena, issued for the board by the state attorney general, and the issue turned into a huge run-around with Stodola's office.

At investigator Wes Adams's request, an assistant county prosecutor indicted Case for failing to comply. The court had already

**As Arkansas governor, Bill Clinton eagerly used a demi-monde of private eyes and shady operators for political intelligence and, by some accounts, intimidation. What has he done as U.S. president?**

scheduled the trial when word came down that Stodola had ordered the case dropped. Stodola gave several different reasons. He even wrote Adams a crisp letter dated July 1, 1992, arguing that the attorney general's subpoena form was invalid. Exasperated, Adams asked to be relieved of the case and wrote to the assistant attorney general, "Wade, I am getting tired of the 'pussy footing' by the Prosecuting Attorney's Office in reference to Mr. Case."

By this time, however, Case had developed a new and even more bizarre pursuit. On June 25, he wrote Col. Goodwin that he was retiring his license as private investigator because he had just signed a $545,000 contract with a "Major National News Organization."[1]

## CASE AND THE BIG TIME

With the presidential campaign, Case had discovered a national market for his specialty, spinning dirt into sludge. But his target now was Bill Clinton, who just the year before had listened eagerly to Case's tales about Arkansas Republicans. (Although startling, the switch was no surprise to some who knew Case. "His way of getting close to people," says one former state trooper who followed his career, "is to dig up dirt on them.") Case found potential clients in the *Los Angeles Times*, NBC News, and an unspecified national tabloid.

He signed a contract with Repaca, Inc., to provide information for the TV news show "A Current Affair" about "Bill Clinton's romantic life, sexual affairs, involvement with drugs and other indiscretions." According to the contract, Case agreed to attempt to deliver "a copy of a certain apology letter ('Apology letter') from Bill Clinton to a debutante who allegedly was involved with Mr. Clinton ('Debutante') and to assist Repaca in locating the Debutante and a prostitute which with [sic] Mr. Clinton allegedly had sexual relations ('Prostitute')." Case apparently never produced the Debutante, the Prostitute, or the Apology Letter, missing out on the $45,000 offered for on-air interviews, but he later said he received $4,000 for his information.

Case's stock in trade were videos purporting to show Roger and Bill Clinton using drugs. In fact he did have access to state police surveillance videos and audiotapes from the 1984 drug case against Roger Clinton, although no one could ever identify Bill on them. And this material came from a surprising source, Col. Tommy Goodwin, the head of the state police. (In October 1992, Good-

---

[1]Case added that Stodola had also advised him he had a possible cause of action "against certain individuals, as AGENTS or INVESTIGATORS, acting on behalf of the ARKANSAS STATE POLICE ET AL. which I will be having my attorney look at." In December 1992, Case did indeed file a federal suit against the state police and some 35 other defendants, including President-elect Clinton, alleging that they conspired to libel him and violate his civil rights. He apparently had in mind the P.I. Board hearing that September that revoked his license and fined him $13,500. Federal Judge Henry Woods dismissed the suit the following May.

win acknowledged giving Case copies that March of three videos of Roger Clinton, which he said had previously been released to a member of the news media. The state police subsequently misplaced one office copy, and Goodwin wrote Case, "We would appreciate you furnishing this agency a copy of the lost tape to complete our file.")

Right after his disciplinary hearing that September, Case called Eddins and Adams of the P. I. Board to meet him confidentially at a Shoney's Restaurant on the other side of town. He wanted to tell them about his contacts with Goodwin. The investigators asked repeatedly why Goodwin would feed him material damaging to Governor Clinton. "I couldn't never read it," replied Case, "I could never read whether he was wanting me to get Clinton or leave him alone."

Case's career as a media researcher culminated in a bizarre incident with David Bossie, later a key staffer in the Senate Whitewater investigation, who is widely respected for his command of the documentation. At the time Bossie worked for Floyd Brown's Presidential Victory Committee, notorious among the "mainstream" for the Willie Horton television ads that helped defeat Michael Dukakis in 1988. Brown was collecting material for a book on Bill Clinton that was later published as *Slick Willie*. At the beginning of September, the book's publisher offered Case a $10,000 retainer for files and tapes he said he had stored for safekeeping in Phoenix, Arizona, provided he produced the cache by the end of the week.

Bossie, the publisher's representative Deborah Stone and Case were about to board a flight to Phoenix when Case suddenly demanded his $10,000. Stone urged him to board the flight. "She said, 'Get on the airplane. I'll give you $1,000 if you get on the airplane,'" Case later recounted. But he held out for the full amount. Accounts differ on what followed. Case said he pushed Bossie out of the way to reclaim his bags. Bossie said Case punched him.

With this spotty track record, Case never realized the fantastic sums that he asked for his tapes. At the end of 1992 he declared himself indigent and asked the federal court to accept his suit against the state police *in forma pauperis*.

## THE CRASH OF '96

Rumors about Case's tapes, and a million dollar asking price, continued to circulate during the 1996 campaign, but the market for his material went into deep depression. Case was reduced to sending out flyers labeled "The Untold Truth," offering his "Documented—Certifiable" videos by mail order. "Cocaine Use and Other," "Cocaine Purchase," and "Conspiracy * Bribery * Clintons & Others" were available for $49.95 each. His highest-priced item was an "audio exclusive" recording of his 1992 negotiations with Clinton's opponents. "Washington D.C. Conspiracy Meeting Taped," went the blurb. "Floyd Brown, David Bossie, Debbie Stone and [*Wall Street Journal* editorial writer] John Fund. The Unwanted Republicans. $495.00 ea."

By this time, Case was absorbed with an emotional crisis, apparently triggered when he concluded that he was being followed by a mysterious stranger. No hallucination, his tail was a free-lance researcher named Wayne Willott, who occasionally contributed to the talk show of presidential son Michael Reagan. Last June, Willott was visiting Larry Nichols of Conway, Arkansas, a fount of anti-Clinton material, when they discovered that Case had staked out Nichols's house. Nichols was convinced that Case had been hired to harass him "by the Democratic National Committee and Betsey Wright," although he said he wasn't free to release corroborating evidence. While Case followed Nichols, Willott began to tail Case.

Around June 11, Case noticed his shadow, and freaked out. He began to visit the state police headquarters of the P.I. Board to complain. He also left a threatening message on the answering machine at Floyd Brown's Citizens United group, which staffers promptly forwarded to Independent Counsel Kenneth Starr. In a family dispute at the home of his 80-year-old mother, where Case now lives, he pulled a shotgun on his brother Donald.

The crisis phase began around 8:00 a.m. on Friday, June 14, when Case accosted Corporal Larry Patterson at breakfast at Andy's Restaurant, near the state police building that houses the P.I. Board and Patterson's current assignment, the Motor Vehicle Division. According to Patterson's report, Case threw down an I.D. card signed by Mark Stodola and said he wanted to take Patterson to the Prosecuting Attorney's office for an interview. "He was shaking and his voice was breaking," Patterson said. Patterson declined and called Stodola's office. An assistant denied that Case worked for them and agreed to issue a warrant for criminal impersonation. An hour later she called back to say "that Mr. Stodola had said under no circumstance would he issue a warrant for Larry Case's arrest."

Around noon the next Monday, Case returned to the P.I. Board with another complaint about his mysterious follower. A secretary told Patterson that Case had just left, and the uniformed trooper walked to the parking lot to catch him. Case was in the car, just rounding the circular driveway in the visitor's lot when Patterson raised his left hand to stop him. Case didn't slow down, and Patterson reached for his revolver. "I didn't think Larry would clear leather before Case got him," said one witness, but Case screeched to a halt about five inches from Patterson's leg.

Patterson booked Case for drunken driving, and his saga ended January 23 in night court in suburban Maumelle. Case was fined a total of $1,175 for drunken driving, resisting arrest, and refusing to take a breathalyzer test. His driver's license was suspended for 270 days. "If he's going to do any following," gloated Larry Nichols, "he's got to do it from a bicycle."

Case's sordid career poses questions of national importance. His sludge-dredging talents found a ready audience among a circle of politicians who found it in their interest to protect him from the normal course of the law. We have been accused of disreputable muck-raking ourselves, but we should underscore that scandal-mongering is infinitely more serious when it is sponsored by the power of the state. After trying to exploit Case and finding him wanting, the mainstream press may deplore the way he tried to peddle dirt to Clinton's "extreme right-wing" opponents. We, for one, savor the irony that he owed his career to the protection of Clinton and his political cronies. ✦

Visit *The American Spectator* Online at www.spectator.org

# EXHIBIT 11

**From:** wrwillott <wrwillott@aol.com>
**To:** Marinkapm <Marinkapm@aol.com>
**Subject:** Re: Frustrated
**Date:** Sat, Feb 23, 2013 8:16 pm

---

Yes I'll contact my Ruskie friend and ask for link infor.

-----Original Message-----
From: Marinkapm <Marinkapm@aol.com>
To: wrwillott <wrwillott@aol.com>
Sent: Sat, Feb 23, 2013 3:50 am
Subject: Re: Frustrated

I don't think so. This is what I asked them. Very vague on purpose.

"I've been wanting to report on the refugee camps for the Syrians in
Turkey, Jordan and elsewhere. Did the UN issue a report on their
various visits to the camps? If so could you kindly direct me to it? I
can only find press releases on the website."


In a message dated 2/22/2013 10:58:28 P.M. Eastern Standard Time,
wrwillott@aol.com writes:
The non-response probably says it all....doesn't it.

-----Original Message-----
From: Marinkapm &lt;Marinkapm@aol.com&gt;
To: wrwillott &lt;wrwillott@aol.com&gt;
Sent: Fri, Feb 22, 2013 4:32 pm
Subject: Frustrated

FYI: No confirmation from UN. Nothing in the press releases.
Frustrated.

From: ███@un.org
To: Marinkapm@aol.com, ███@un.org
Sent: 2/22/2013 4:24:53 P.M. Eastern Standard Time
Subj: Re: Question re: UN visit to refugee camps in Turkey etc.


Hi; there is no report per se, but the SG spoke about his visits to
camps in Jordan and Turkey when he was there. Those press encounters
took place on 7 December 2013 and can be found on our website. Thanks.

# EXHIBIT 12

**From:** Marinkapm <Marinkapm@aol.com>
**To:** wrwillott <wrwillott@aol.com>
**Subject:** Re: PUTIN OPEN LETTER TO AMERICAN'S
**Date:** Sun, Sep 8, 2013 7:05 am

---

Okay. Yeah I did a quick search and couldn't find the original source either.

In a message dated 9/8/2013 12:31:20 A.M. Eastern Daylight Time, wrwillott@aol.com writes:

> No I don't
>
> I only glanced and did in fact try to search it to find original source and did not and didn't havdxtine to go further but if it is not valid I'd like to determine that ill try to sort it out later
>
> Very good question
>
> Sent from my iPhone
>
> On Sep 7, 2013, at 1:57 PM, Marinkapm@aol.com wrote:
>
> > I saw this letter a few days ago. Do you know the original source? Some of it doesn't seem to sound like Putin would speak.
> >
> > In a message dated 9/7/2013 1:44:16 P.M. Eastern Daylight Time, wrwillott@aol.com writes:
> >
> > > Sent from my iPhone
> > >
> > > Begin forwarded message:
> > >
> > > > **From:** wrwillott@aol.com
> > > > **Date:** September 7, 2013, 9:56:26 AM PDT
> > > > **To:** WRWILLOTT@AOL.COM
> > > > **Subject: PUTIN OPEN LETTER TO AMERICAN'S**
> > > >
> > > > HIS REFERENCE HERE TO YELTSIN IS A DIRECT REFERENCE TO THE POST RUBLE COLLAPSE THAT BROUGHT DOWN THE WALL. YELTSIN AND HIS MOBSTER THUGS WERE THE RECIPIENTS OF THE FLOOD OF RUBLES THAT COLLAPSED THE SOVIET SYSTEM UNDER GORBACHEV AND THE PERIOD IN RUSSIA THAT EQUATES TO OUR GREAT DEPRESSION, A TRAMATIZING MEMORY THAT IS STILL VERY FRESH IN RUSSIAN'S MINDS. NOTICE HOW GRAPHICALLY HIS REFERENCE IS MADE...IT IS INTENTIONALLY SO TO REINFORCE THE ANGER AND DISGUST THEY HAVE TOWARD US FOR WHAT HAPPENED....THEY ARE ACHING TO DELIVER SOME WHOOPASS PAY BACK, AND WELL POSITIONED TO DO SO NOW.

http://beforeitsnews.com/u-s-politics/2013/09/putin-sends-a-letter-to-americans-2448150.html

# EXHIBIT 13

Subj:    **Pierce County Clerks Office Order #269803142**
Date:    11/24/2015 12:10:28 A.M. Eastern Daylight Time
From:   PCCLKCOPIES@co.pierce.wa.us
To:     marinkapm@aol.com


Date: Mon, Nov, 23, 2015
Order ID: 269803142
Order Total: $11.50
eCommerce Fee: $1.00
Total Paid: $12.50

02-2-02911-1 - PETITION FOR ORDER FOR PROTECTION - (Standard Copy) - 1 at $2.25 = $2.25
02-2-02911-1 - TEMPORARY ORDER FOR PROTECTION - (Standard Copy) - 1 at $0.75 = $0.75
02-2-02911-1 - CLERK'S MINUTE ENTRY - (Standard Copy) - 1 at $0.25 = $0.25
02-2-02911-1 - DECLARATION OF ██████████ - (Standard Copy) - 1 at $0.75 = $0.75
02-2-02911-1 - DECLARATION OF WAYNE WILLOTT - (Standard Copy) - 1 at $1.25 = $1.25
02-2-02911-1 - RETURN OF SERVICE NOT SERVED - (Standard Copy) - 1 at $0.25 = $0.25
02-2-12786-5 - CASE INFORMATION COVER SHEET - (Standard Copy) - 1 at $0.25 = $0.25
02-2-12786-5 - ORDER TO PROCEED IN FORMA PAUPERIS - (Standard Copy) - 1 at $0.50 = $0.50
02-2-12786-5 - ASSIGNED TO - (Standard Copy) - 1 at $0.25 = $0.25
02-2-12786-5 - DECLARATION OF ██████████ - (Standard Copy) - 1 at $0.75 = $0.75
02-2-12786-5 - PETITION FOR WRIT OF HABEAS CORPUS - (Standard Copy) - 1 at $0.50 = $0.50
02-2-12786-5 - WARRANT IN AID OF HABEAS CORPUS - (Standard Copy) - 1 at $0.25 = $0.25
02-2-12786-5 - ORDER FOR WRIT OF HABEAS CORPUS - (Standard Copy) - 1 at $0.75 = $0.75
02-2-12786-5 - WRIT OF HABEAS CORPUS - (Standard Copy) - 1 at $0.50 = $0.50
02-2-12786-5 - ORDER QUASHING WRIT OF HABEAS CORPUS - (Standard Copy) - 1 at $0.50 = $0.50
02-2-12786-5 - SHERIFF'S RETURN ON SERVICE - (Standard Copy) - 1 at $1.75 = $1.75

You can download your Standard Copies at:

https://linxonline.co.pierce.wa.us/linxweb/Case/CaseFiling/documentView.cfm?
oid=269803142&ea=marinkapm@aol.com

Notice: You have 5 days to access your purchased copies before the above link expires.

Thank you,
Pierce County Clerks Office

THIS E-MAIL IS PRIVILEGED AND/OR CONFIDENTIAL AND INTENDED ONLY FOR THE LISTED
RECIPIENT. IF YOU RECEIVED THIS E-MAIL IN ERROR OR THROUGH UNAUTHORIZED INTERCEPT,
PLEASE REPLY TO THIS EMAIL, AND THEN DELETE THIS E-MAIL.

Return-Path: <PCCLKCOPIES@co.pierce.wa.us>
Received: from crow1.co.pierce.wa.us (crow1.co.pierce.wa.us [192.103.152.82])
          (using TLSv1 with cipher DHE-RSA-AES256-SHA (256/256 bits))
          (No client certificate requested)
          by mtaig-mbe03.mx.aol.com (Internet Inbound) with ESMTPS id 7524470000084
          for <marinkapm@aol.com>; Mon, 23 Nov 2015 23:10:27 -0500 (EST)
Received: from hybrid.co.pierce.wa.us (ahubcas01.ad.co.pierce.wa.us [162.5.5.16])
          by crow1.co.pierce.wa.us (8.14.9/8.14.3) with ESMTP id tAO4APhY006565
          (version=TLSv1/SSLv3 cipher=AES256-SHA bits=256 verify=OK)
          for <marinkapm@aol.com>; Mon, 23 Nov 2015 22:10:25 -0600
Received: from linxonline0.co.pierce.wa.us (192.103.152.129) by
 hybrid.co.pierce.wa.us (162.5.5.16) with Microsoft SMTP Server id
 15.0.1044.25; Mon, 23 Nov 2015 20:10:25 -0800
Date: Mon, 23 Nov 2015 20:10:25 -0800
From: Pierce County Clerks Office <PCCLKCOPIES@co.pierce.wa.us>
To: <marinkapm@aol.com>
Message-ID: <1825733612.52.1448338225447.JavaMail.tomcat7@linxonline0>
Subject: Pierce County Clerks Office Order #269803142
MIME-Version: 1.0
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: 7bit
X-Mailer: BlueDragon <CFMAIL/CFIMAP> tag output
X-Mailer-Version: 3.0
X-mailWatchMessageID: 1448338225.775088.1836.2783324992
X-mailWatchContentScore: Score of 0 assigned to Content
X-mailWatchUCEScore: Score of 0 assigned to UCE
X-mailWatch: Analyzed by IntelliReach MessageScreen(tm)
x-aol-global-disposition: G
Authentication-Results: mx.aol.com;
          spf=none (aol.com: the domain co.pierce.wa.us appears to have no SPF Record.) smtp.mailfrom=co.pierce.wa.us;
x-aol-sid: 3039ac1afea35653e3335c62
X-AOL-IP: 192.103.152.82
X-AOL-SPF: domain : co.pierce.wa.us SPF : none



02-2-02911-1   17576399   CME         11-12-02

**COURT OF THE STATE OF WASHINGTON**
**AND FOR PIERCE COUNTY**

No. 02-2-02911-1

Plaintiff(s),

vs.

**FILED**
**IN OPEN COURT**

**Memorandum of Journal Entry**

[ ] **Domestic Violence**

NOV 1 2 2002

WAYNE WILLOTT

BOB SAN
By
DEPU
PRO-

**MTHRG**

Defendant(s)

Clerk

[ ✓ ] Petitioner appeared and testified        Attorney _____

[ ] Respondent appeared and testified        Attorney _____

[ ] Advocate appeared

[ X ] **ORDER ENTERED** *(initials)*

[ ] **DISMISSED / DENIED:**

    [ ] Dismissed upon Petitioner's request

    [ ] Petitioner failed to appear

    [ ] Fails to meet the requirements of Statute

    [ ] No one appeared

[ ] **MOTION TO MODIFY / TERMINATE:**

    [ ] Granted

    [ ] Denied

Other: *Child to be immediately returned to mother. Paternity has not been established.*

_____

**November 12, 2002  1:00 PM**        **Final Protection Order**

MARK LLOYD GELMAN

Clerk:  Billie Anderson

Courtroom number: 105

Calendar: C2 - DOMESTIC  VIOLENCE

Run date/time  11/12/02 11:43

lxcrtrpt.pbl d_journal_entry_dv_report

# EXHIBIT 14


The Hagmann & Hagmann Report


**LISTEN LIVE**
Click here - 8:00-11:00 PM ET


**PAST SHOWS**
CLICK HERE


Subscribe to our audio or podcast feed now! CLICK HERE

Subscribe to our shows with iTunes! CLICK HERE

Archived shows in studio quality audio on Soundcloud CLICK HERE

DON'T MISS    Setting the Stage for the Second American Revolution

Home  >  Fifth Column  >  Setting the Record Straight: Joint Response Addressing the Character Assassinations Underway

# Setting the Record Straight: Joint Response Addressing the Character Assassinations Underway

*By Douglas Hagmann on February 10, 2015*

Like  < 91 |        Tweet  < 7        8+1    4

**Joint Statement by Steve Quayle & Douglas J. Hagmann**



Unfortunately, there are times when one must say, "enough!"

We issue this joint statement as obedient watchmen as referenced in chapter six of the Book of Jeremiah to address very slanderous and libelous public accusations that have been made against us by two individuals, **Kirk McLeod, using the fictitious name Michael Erevna**, and **Marinka Peschmann**. Our statement is not made out of haste, but only after a lengthy period of abundant prayerful consideration. Our response does not bring us pleasure, nor does it originate from any carnal desire to be proven correct or without fault in the eyes of man, but in obedience with God's Word. We make this statement free of any destructive antipathy, unlike those who have made charges against us, our positions as watchmen and our ministry. *We intend for this to be our first and last public response to this matter.*

We approach our positions as watchmen with the sobriety and solemnity that is required for this responsibility, and understand that it is our charge to provide accurate and scripturally sound information and doctrine to those who seek it. We understand that we serve solely at the pleasure of our Lord and Savior, Jesus Christ, and furthermore understand that we will be accountable for our actions before God. It is God who will judge our earthly ministry, taking note of those souls who have been brought to Him through our obedience and willingness as His vessels using all venues available to us.

Adherence to sound Biblical doctrine is a Scriptural imperative from which there must be no deviation. As watchmen, we understand that we will be judged more harshly for squandering our responsibility, knowingly or unwittingly, or by creating or facilitating any doubt that would cause anyone to stray from unity under God. This includes remaining silent in the face of doubts created by an abundance of malice by those who are deliberately causing confusion, chaos and enmity among the body of the church and God's remnant. We know that God is neither the source of confusion nor chaos, and that this condition serves only the master of lies and deception.

History is replete with examples of many who have attempted to wrest souls from God and derail watchmen through numerous overt and covert means. Although they are not always evident, they can often be identified by the chaos, confusion, and unrest they create, directly or indirectly within the body of the church. We are bearing witness to this with greater frequency as the war between

**LISTEN LIVE & BY ARCHIVE**

Click on graphic to listen during show times or to previous shows


**LISTEN LIVE**

8:00-11:00 PM ET
Monday-Saturday


Subscribe to our audio or podcast feed now! CLICK HERE


Subscribe to our shows with iTunes! CLICK HERE


Archived shows in studio quality audio on Soundcloud CLICK HERE

MENU

Hagmann & Hagmann
Hagmann & Hagmann–How to Listen
Quote of the Day Archive 2015
Show "rules"
Bumper Music
Free App
Show Archive
Guests
Ted Broer
Pastor David Lankford & Steve Quayle
Nathan Leal
Paul McGuire
Past Shows on SoundCloud
Photos
Prophecy in the News – Orlando 2015
Orlando Florida Conference – 2014
Whitestone Remnant Conference
Dublin Conference – November 2014
Other Photos
Logos & bumper stickers
Contact Us

RECENT ARCHIVE

Search site

good and evil ramps up with each passing day.

Just as God has made way for us the ability and responsibility to act as purveyors of truthful information, He has also commanded us, through Scripture, to protect it and protect those who are righteously seeking God and the truth through our platforms.

Consistent with the Holy Scripture, we are publishing this statement as a result of the many emails we have received, individually and collectively, about the slanderous and libelous statements and postings by two individuals named herein in public forums and venues. These accusations have caused chaos, confusion and doubt among some as they are one sided, contextually biased, and selectively fabricated. For us to allow any doubt and confusion about these public accusations is to facilitate chaos. To respond, however, is to be obedient.

Matthew 18:6 is clear: "[B]ut whoever causes one of these little ones who believe in me to sin, it would be better for him to have a great millstone fastened around his neck and to be drowned in the depth of the sea."

**Points of Fact: Abundance of Malice**

As many readers and listeners know, we've been subjected to a well-coordinated and malicious campaign of slander and libel over the last several months by two individuals who we once trusted, generously provided airtime, financial support, and for whom we solicited the support of others. Both were introduced to us telephonically by third parties.

It is relevant to note here that it is our policy, when dealing with individuals using false names or pseudonyms on air and in published reports, is contingent on two-(2) conditions. The first is that they have legitimate reasons for doing so (e.g. whistleblower status), we are *informed* that the name is a pseudonym, and most importantly, *we know* their true identity. In the case of Kirk McLeod, we failed to exercise due diligence.

We never met either Kirk McLeod, a/k/a Michael Erevna or Marinka Peschmann in person, although had numerous telephone conversations with both. Initially and throughout our relationship with Erevna/McLeod, he sought airtime on The Hagmann and Hagmann Report, and link status on SteveQuayle.com to elevate his visibility on the internet. To that end, Erevna/McLeod appeared twice on The Hagmann & Hagmann Report, initially on 13 October 2013 with Steve Quayle.

Concurrent with his initial appearance, Erevna/McLeod described himself as a man of little means and few assets, and was in dire need of financial assistance. Accordingly, during his appearance, we asked our listeners to pray for Erevna/McLeod, and for those of means with the desire to advance his research, contribute and support "Michael Erevna" as verified in this unedited excerpted audio clip from October 8, 2013:

To assist Michael Erevna personally as his situation was described as "extremely dire," Steve Quayle and another generous professional colleague gifted the sum of $5,000.00 ($2,500.00/each) to McLeod *from their personal funds* without any desire, request or expectation of reciprocation or repayment.

Subsequent to Erevna/McLeod's initial appearance, we began to become uneasy with the behavior of Erevna/McLeod, his elusiveness in answering certain questions that included, but was not limited to his professional connections. Accordingly, we initiated a due diligence investigation and found the following.



Kirk McLeod

**Michael Erevna does not legally exist,** and was actually determined to be **Kirk McLeod,** the Executive Director of Spark Webber, an IT company based in Mount Kisco, New York. It was further determined that McLeod, individually and through his company, **provided work to such government entities as the Pentagon, Lockheed Martin, Boeing,** etc. In sum and substance, the very person who was speaking about deception within the government, among other issues, was found to have deep connections to the computer systems at the Pentagon and non-governmental entities that provide direct support of the military-industrial complex.

A current resident of Mount Kisco, Westchester County, New York, McLeod is using a company, unregistered in the state of New York by the New York State Department of State by the acronym ATSI to collect monetary contributions for his

More News Podcasts at Blog Talk Radio with Hagmann and Hagmann Report on BlogTalkRadio

https://www.hagmannandhagmann.com/archives/1451



"research." This is separate from his position as Executive Director of Spark Webber.

On November 11, 2012, Kirk McLeod filed a federal lawsuit in the United States District Court of Connecticut for racial discrimination. The initial filing can be accessed HERE. The suit was filed against his employer, which is an indirect subsidiary of the Royal Bank of Scotland Group.

A summary filing of specific answers to the complaint is updated HERE.

It is relevant to note that although the suit remains open, McLeod's personal attorney ceased to represent him, filing injunctive relief with the court on October 15, 2013 (48 hours after his appearance on The Hagmann & Hagmann Report), citing irreconcilable differences in their working relationship.

While we post, publish and speak using our own true names, operating not under the cloak of anonymity, but complete transparency, it is reasonable to ask why it is necessary for an alleged Christian truth seeker to hide behind a fictitious identity if he is not an active whistle blower or has anything to hide. Any reasonable person would consider this omission alone a serious violation of trust.

As truth became ever more elusive to us, we opted not to provide any more airtime or coverage of Kirk McLeod (Michael Erevna), or anyone else directly or indirectly involved in this issue. For reasons we can only speculate, McLeod became intent on making nuisance type allegations on the Internet, which we ignored.

It was during this period, however, that Marinka Peschmann became involved with Kirk McLeod under his false identity, Michael Erevna, and initiated an increasingly insipid series of slanderous, libelous and malicious attacks against us that are completely untruthful, deliberately misrepresented, or contextually inaccurate. With regard to Marinka Peschmann, a columnist terminated from a Canadian website and other political sites, she was an invited guest on The Hagmann & Hagmann Report on December 21, 2012 to discuss, in part, her book on the death of White House Counsel Vince Foster. Her premise contained in her book proved to be unpopular.

During several private subsequent telephone conversations with Doug Hagmann between December 23, 2012 and June 5, 2013, Peschmann complained of poor book sales and lack of promotion by The Hagmann & Hagmann Report.

Following an incident in 2013 when an unusual telephone ring back and caller ID on the office telephone of Doug Hagmann suggested some type of electronic surveillance was being conducted, Marinka Peschmann offered to investigate and file FOIA inquiries with the appropriate federal agencies. In fact, she was persistent. In retrospect, this persistence should have been an indication something was amiss. Pursuant to her request, however, Hagmann provided a sworn affidavit to Peschmann and cooperated fully with her investigation.

Her allegations of non-receipt are patently false as the sworn documents were submitted and remain on file. This should be without question, as her self-stated journalistic prowess would never allow her to file FOIA requests without first having a fully sworn affidavit of facts in hand. One should thoughtfully consider this fact alone, as her actions, when viewed through her own statements, would make her either inconceivably incompetent or deliberately untruthful, or perhaps both.

During this time, Hagmann was informed by a reliable editor of an international news website that Peschmann was angry that he would not promote her book about Vince Foster due to a disagreement with her conclusions outlined in her book. Ms. Peschmann immediately became extremely agitated and told this editor and others that she was going to "take [him] down," and "do everything possible to ruin [him]" as a result.

Upon learning of these comments and feeling that the relationship of trust was questionable, at best, Hagmann requested that Peschmann immediately cease and desist any representation in his name in this or any other matters. By this time, Peschmann furnished the NSA FOIA reply to Hagmann, who erroneously referred to the NSA FOIA number as a "file number." It was upon learning that Hagmann had no desire to be represented by Peschmann when she began her rabid attacks to malign his reputation, hanging her hat on this innocuous error. As an aside and contrary to the claims of Peschmann, Hagmann never threatened to sue Peschmann, although did inform her of the desire to seek legal counsel on matters related to the core matter. Given the curious obsession of Peschmann with Hagmann, one

would think she would produce authenticated proof of her accusation. She has not, as none exists.

Straining to maintain relevance and angry over being dropped from representing Hagmann in the press, Peschmann spoke telephonically to a few of our colleagues, stating her intentions to "ruin Hagmann and Quayle" by publishing a report claiming that the information contained in the sworn affidavit was a lie and we were profiting from fear. This resonated with former guest Michael Erevna (Kirk McLeod) and together, they began their public campaign of slander and libel in the fall of 2014.

Despite being a self-proclaimed journalist who claims to always speak and write the truth, it is evident that Peschamnn was either a willing participant in propagating the false name of Michael Erevna on her website, or failed to conduct the necessary due diligence pertaining to his fictitious identity, even after having reason to do so. One should thoughtfully consider this fact as well, as her intentional propagation of this fictitious identity, would again make her either inconceivably incompetent or deliberately untruthful, or perhaps both.

Yet another issue Peschmann has raised as being untruthful is the allegation that the former website of Douglas J. Hagmann was never the target of termination by its host server, GoDaddy According to Peschmann, whose journalistic abilities and motives should be much clearer by now, the fate of HomelandSecurityUS.com rested on Hagmann's ability to pay $50.00. Investigation would have found the publication of this email from GoDaddy, sent on June 22, 2012:

> June 22, 2012
>
> Dear Sir or Madam,
>
> Our records indicate that you are responsible for the **HOMELANDSECURITYUS.COM** domain name and its hosted content. We have received complaints about your domain name and the contents of your website. Upon reviewing the situation, we have found that they are in violation on section 7 of your Domain Registration Agreement. (http://www.godaddy.com/gdshop/legal_agreements /show_doc.asp?se=%2B&pageid=REG%5FSA)
>
> We understand that this can be a very sensitive topic, and that there will likely be a difference of opinion as to the nature of the complaints. We are not making a determination in favor of either, but do not wish to be involved in such disputes.  As a result, we ask that you move the registration and hosting for these sites to another provider (Not affiliated with GoDaddy.com or our Reseller division, WildWestDomains.com).
>
> If you can initiate this move within 48 hours of the transmission of this notice, there will need not be any downtime for your site. If the transfer is not initiated by this time, we may have to suspend services to your website. We strongly recommend you reply to this message as to your intentions. This will further help insure that no unnecessary downtime results for your site.
>
> If you have any questions, please let us know.  Please be aware that this decision is final, and we do not wish to debate the actual content of your site.
>
> Regards,
>
> Network Abuse Department
>
> GoDaddy.com
>
> 24/7 Network Abuse Department
>
> Hotline: 480-624-2505
>
> ARID1020

Additionally, Peschmann and McLeod have maliciously misrepresented one of the most trusted tools in carrying our broadcast: the Hagmann & Hagmann App Prominent on her website (as well as on McLeod's), they devote much print space and feigned outrage over the apparent intrusiveness of the tool. Perhaps the best example of the lack of journalistic prowess of Peschmann and the IT abilities of McLeod exists here, as what they portray as an App that wants listeners' private information is merely showing the **default settings** of the user's phone. Unlike Peschmann or McLeod, we verified these facts with the creator of the app after this ludicrous accusation for clarification.

As you might be beginning to see, there seems to be something much more sinister propelling McLeod and Peschmann aside from mere maliciousness, duplicitous and deceit. Their obsession has been quite disconcerting to us.

Lastly, although perhaps most importantly, Peschmann crossed into serious territory when she published her accusations that Douglas Hagmann lied about a police action that took place as a result of a very personal and private incident involving his wife, his ill father-in-law and his caregiver at that time. Hagmann went on record and spoke about this incident shortly after it happened. Unknown to Peschmann, however, is that the person she spoke with at the police department contacted Doug Hagmann within 5 minutes of Peschmann calling, to make him aware of the predisposition sensed during her inquiry. Perhaps Peschmann forgot that Doug Hagmann has been an investigator in the private sector for 30 years and knows the clerks and brass of the local police force well.

Unfortunately, as this incident is part of a much larger issue that has caused much pain and anguish to Hagmann's wife and immediate family. As such and considering the ongoing nature of the matter, Doug Hagmann has chosen to protect his family from further strife over trying to satisfy the strangely obsessive needs of a so-called professional. Sadly, it is expected that Peschmann will not respect such boundaries, regardless of the fragility of this situation and the family members involved. So be it.

Meanwhile, Mr. McLeod, using the name Michael Erevna, vociferously condemns us for allegedly profiting from spreading fear porn under the banner of Christianity. He portrays a sense of revulsion from our legitimate attempts to inform the public of the threats to our freedoms, and even warns people not to contribute to our efforts in any manner. While he appears to find disdain with our efforts, he himself appears to have established a fictitious company named ATSI in Mount Kisco, NY which he uses to accept contributions. Research with the New York State Department of State, however, found no record of this being a registered business within the state of New York under his real or fictitious name.

Again, he has never publicly admitted the monies he received to assist him with his research, and never disclosed his business entanglements

Meanwhile, Ms. Peschmann continues her campaign of lies against us as well, obvious investing an incredible amount of time writing prolifically and actively encouraging others to join her to "expose" us in our Christian endeavors. Any person of reasonable sensibilities would be wary of the time and effort she, in collusion with McLeod and others, are committing to their endeavors, and look closely at the personal and professional alliances and history both have but have deliberately chosen not to include.

Although we could expose more, we feel this is sufficient and have neither the time not the desire to hurt anyone. Our only desire is to briefly address this unfortunate situation

To our listeners and readers, we submit to you that we are seeing exactly what author Tom Horn wrote about in book *Blood on the Altar*, where he writes about sinister demonic forces assailing true Christian ministries. Excerpted from page 31:

> "...just about every Bible expositor I know has been tirelessly harassed online the last few years by fake defenders of the faith."

> "With that in mind, the next time you are online reading some diatribe about Chuck Missler, Gary Stearman, Steve Quayle, David Flynn, J.R. Church, L.A. Marzulli, Cris Putnam, Jonathan Cahn, yours truly, or any of the other current favorite targets, ask yourself if the hatchet people attacking them ever bothered to obey Scripture..."

> "[B]e careful little eyes what you read,' because destructive forces seek to contaminate your mind and spirit (see Prov. 4:23-27) in order to prep you for service to the dark side."

Clearly, this is a spiritual war and the unseen hand of the enemy is at work. It should be crystal clear in light of the disturbing, patently offensive and blasphemous image published by Kirk McLeod, under the name Michael Erevna on his website, using the image of our Lord and Savior, Jesus Christ, as the basis of a caricature of Steve Quayle.

The spirit of truth will always prevail in spite of our humanity. 1 John Chapter 4, verse 6 instructs us to know the spirits – whether they are of God or not of God. After all the slander, libel, castigation and impingement against the truth, the truth is still the truth.

> "We are of God: he that knoweth God heareth us; he that is not of God

*heareth not us. Hereby know we the spirit of truth, and the spirit of error.*"
*[KJV]*

*For we can do nothing against the truth, but for the truth. 2 Co 13:8 [KJV]*

The truth will always prevail in spite of our humanity.

Indeed, there *is* Blood on the Altar.

## Share this column:



✉ Email     🖶 Print     f Facebook  91     🐦 Twitter  7     8⁺ Google     ⤳ More

News

Like  91        Tweet  7        8⁺1  4

### About Douglas Hagmann

Douglas J. Hagmann has been a veteran investigator in the private sector for nearly three decades, working for many Fortune 100 companies investigating high-value fraud cases. He is an author, public speaker and the senior host of the Hagmann & Hagmann Report.

## RELATED POSTS



TRADE TREATIES AND THE TRANSFORMATION OF AMERICA INTO CHINA



Monday: Dave Hodges On The Threats From Within



Setting The Stage For The Second American Revolution



Prophetic Implications And Pending Judgment As Babylon-America Mocks God

Setting the Record Straight: Joint Response Addressing the Character Assault... http://www.hagmannandhagmann.com/archives/1451

## HAGMANN & HAGMANN    SHOW ARCHIVE    GUESTS    PHOTOS    CONTACT US

Search site

### What's in our pantry…





**CLICK HERE**

### ProFlowers – Simply the BEST!

USE CODE: HAGMANN

**CLICK HERE**

Use coupon code HAGMANN for discount!

### Required Reading!



PREPARE FOR PERSECUTION!

MARIA KNEAS

The time is short. This amazing book not only outlines the shortness of the times, but provides practical advice for Christians.
Click on book cover for more information

---

**Hagmann & Hagmann** | Show Archive | Guests | Photos | Contact Us

Copyright © THE HAGMANN & HAGMANN REPORT



HEADLINE NEWS    HOW TO LISTEN ⌄    BE SOCIAL ⌄    ADVERTISE WITH HAGMANN & HAGMANN

NEW CALL IN # 844-769-2944

# Ooops... Error 404

Sorry, but the page you are looking for doesn't exist.

You can go to the    HOMEPAGE

---

**OUR LATEST POSTS**

## No posts to display

**GET DOUG'S NEW BOOK!**



**Tweets**

**Help Support H&H**

Please consider helping us to offset our investigative, research and broadcasting costs. Any assistance is very much appreciated.



**MAILING INFORMATION**
**Hagmann Investigative Services, Inc.\***
**P.O. Box 9534**
**Erie, PA 16505**

\*Note: To comply with banking "laws" and as The Hagmann & Hagmann Report is a corporate subsidiary, checks must be made

Click here to chat!

http://www.hagmannandhagmann.com/archives/1451                    10/3/2016

Page no. Case 1:18-cv-00853-PCC-3CF Document 90-1 Filed 02/05/18 Page 87 of 107 Page 2 of 2

Case 1:18-cv-00853-PCC-3CF Document 57 Filed 12/05/16 Page 64 of 65



payable to Hagmann Investigative Services, Inc.

**Tweets** by @HagmannReport

**Hagmann & Hagmann**
@HagmannReport

My new sounds: News and Listener Questions on The Hagmann Report - 9/30/16
soundcloud.com/hagmann-hagman... on #SoundCloud

01 Oct

**Hagmann & Hagmann**
@HagmannReport

Thanks to everyone who tuned in to tonight's show and contributed questions! We enjoy connecting to each of you.

01 Oct

Embed                    View on Twitter

**ABOUT US**



The Hagmann & Hagmann Report provides listeners information about current events and historical topics that transcend the political right-left paradigm and delve into the real issues behind the sugar-coated news. Real information. Real truth. Less hype.

**FOLLOW US**



© Hagmann Investigative Services Inc.

Headline News    How to Listen    Be Social
Advertise with Hagmann & Hagmann
New Call In # 844-769-2944

Click here to chat!

M. Rischmann
P.O. Box 45094 Port credt
Mississauga, Ontario, L5G 4S7





Air Mail Par avion



Pro Se Untake Unit
Southern District of New York
500 Pearl Street, Room 200
New York. NY 10007
                              U.S.A



Air Mail Par avion

From De: Manuka Rischmann
646 929 4132
PO Box 45094 Port credt
L5G 4S7      CANADA
To A: Southern District of New York Prose Untake U
500 Pearl St. Room 200
New York, NY







**Expedited Parcel - USA**
**Colis accélérés É.-U.**                    **2**

UNITED STATES POSTAL SERVICE        PRIORITY MAIL

USPS TRACKING™ #

CANADA POST / POSTES CANADA
Customer No. / N° du client

CX 584 895 211 CA

★ NON - DELIVERY INSTRUCTIONS / DIRECTIVES RELATIVES À NON - LIVRAISON
Sender check one. / Expéditeur cochez un.

# EXHIBIT 15

INVESTIGATIVE REPORTS BY DOUG HAGMANN     ADVERTISE WITH US     DONATE

**The Hagmann Report**



Home ⇒ From the Wires ⇒ Setting the Record Straight: Joint Response Addressing the Character Assassinations Underway

From the Wires

# Setting the Record Straight: Joint Response Addressing the Character Assassinations Underway

By **Douglas Hagmann**  -  February 10, 2015

   



## Start Download

Step 1-Install DriverUpdate. Step 2- Scan. Step 3- Update Missing Drivers! Go to driverupdate.net

Latest In House Sponsors



Unfortunately, there are times when one must say, "enough!"

We issue this joint statement as obedient watchmen as referenced in chapter six of the Book of Jeremiah to address very slanderous and libelous public accusations that have been made against us by two individuals, **Kirk McLeod, using the fictitious name Michael Erevna**, and **Marinka Peschmann**. Our statement is not made out of haste, but only after a lengthy period of abundant prayerful consideration. Our response does not bring us pleasure, nor does it originate from any carnal desire to be proven correct or without fault in the eyes of man, but in obedience with God's Word. We make this statement free of any destructive antipathy, unlike those who have made charges against us, our positions as watchmen and our ministry. *We intend for this to be our first and last public response to this matter.*

We approach our positions as watchmen with the sobriety and solemnity that is required for this responsibility, and understand that it is our charge to provide accurate and scripturally sound information and doctrine to those who seek it. We understand that we serve solely at the pleasure of our Lord and Savior, Jesus Christ, and furthermore understand that we will be accountable for our actions before God. It is God who will judge our earthly ministry, taking note of those souls who have been brought to Him through our obedience and willingness as His vessels using all venues available to us.



Adherence to sound Biblical doctrine is a Scriptural imperative from which there must be no deviation.





In House Sponsors





As watchmen, we understand that we will be judged more harshly for squandering our responsibility, knowingly or unwittingly, or by creating or facilitating any doubt that would cause anyone to stray from unity under God. This includes remaining silent in the face of doubts created by an abundance of malice by those who are deliberately causing confusion, chaos and enmity among the body of the church and God's remnant. We know that God is neither the source of confusion nor chaos, and that this condition serves only the master of lies and deception.

History is replete with examples of many who have attempted to wrest souls from God and derail watchmen through numerous overt and covert means. Although they are not always evident, they can often be identified by the chaos, confusion, and unrest they create, directly or indirectly within the body of the church. We are bearing witness to this with greater frequency as the war between good and evil ramps up with each passing day.

Just as God has made way for us the ability and responsibility to act as purveyors of truthful information, He has also commanded us, through Scripture, to protect it and protect those who are righteously seeking God and the truth through our platforms.

Consistent with the Holy Scripture, we are publishing this statement as a result of the many emails we have received, individually and collectively, about the slanderous and libelous statements and postings by two individuals named herein in public forums and venues. These accusations have caused chaos, confusion and doubt among some as they are one sided, contextually biased, and selectively fabricated. For us to allow any doubt and confusion about these public accusations is to facilitate chaos. To respond, however, is to be obedient.

Matthew 18:6 is clear: "[B]ut whoever causes one of these little ones who believe in me to sin, it would be better for him to have a great millstone fastened around his neck and to be drowned in the depth of the sea."

**Points of Fact: Abundance of Malice**

As many readers and listeners know, we've been subjected to a well-coordinated and malicious campaign of slander and libel over the last several months by two individuals who we once trusted, generously provided airtime, financial support, and for whom we solicited the support of others. Both were introduced to us telephonically by third parties.





Blog Talk Radio Sponsors







Use Promo Code **CFPRadio** at CHECKOUT

It is relevant to note here that it is our policy, when dealing with individuals using false names or pseudonyms on air and in published reports, is contingent on two-(2) conditions. The first is that they have legitimate reasons for doing so (e.g. whistleblower status), we are *informed* that the name is a pseudonym, and most importantly, *we know* their true identity. In the case of Kirk McLeod, we failed to exercise due diligence.

We never met either Kirk McLeod, a/k/a Michael Erevna or Marinka Peschmann in person, although had numerous telephone conversations with both. Initially and throughout our relationship with Erevna/McLeod, he sought airtime on The Hagmann and Hagmann Report, and link status on SteveQuayle.com to elevate his visibility on the internet. To that end, Erevna/McLeod appeared twice on The Hagmann & Hagmann Report, initially on 13 October 2013 with Steve Quayle.

Concurrent with his initial appearance, Erevna/McLeod described himself as a man of little means and few assets, and was in dire need of financial assistance. Accordingly, during his appearance, we asked our listeners to pray for Erevna/McLeod, and for those of means with the desire to advance his research, contribute and support "Michael Erevna" as verified in this unedited excerpted audio clip from October 8, 2013:

To assist Michael Erevna personally as his situation was described as "extremely dire," Steve Quayle and another generous professional colleague gifted the sum of $5,000.00 ($2,500.00/each) to McLeod *from their personal funds* without any desire, request or expectation of reciprocation or repayment.

Subsequent to Erevna/McLeod's initial appearance, we began to become uneasy with the behavior of Erevna/McLeod, his elusiveness in answering certain questions that included, but was not limited to his professional connections. Accordingly, we initiated a due diligence investigation and found the following.

*Michael Erevna does not legally exist,* and was actually determined to be **Kirk McLeod**, the Executive Director of Spark Webber, an IT company based in Mount Kisco, New York. It was further determined that McLeod, individually and through his company, **provided work to such government entities as the**



**Kirk McLeod**
Executive Director

Kirk started his information technology career building document imaging client/server builds. Including testing the very first version of Microsoft Access. He matured into a lead developer and then a Chief Architect for companies like: Boeing, Lockheed Martin, The Pentagon, UBS, Credit Suisse, Bunge, Nextel, Verizon, and Royal Bank of Scotland. He currently specializes in Web 2.0 builds and the collection of digital content.

**Pentagon, Lockheed Martin, Boeing**, etc. In sum and substance, the very person who was speaking about deception within the government, among other issues, was found to have deep connections to the computer systems at the Pentagon and non-governmental entities that provide direct support of the military-industrial complex.

A current resident of Mount Kisco, Westchester County, New York, McLeod is using a company, unregistered in the state of New York by the New York State Department of State by the acronym ATSI to collect monetary contributions for his "research." This is separate from his position as Executive Director of Spark Webber.

On November 11, 2012, Kirk McLeod filed a federal lawsuit in the United States District Court of Connecticut for racial discrimination. The initial filing can be accessed HERE. The suit was filed against his employer, which is an indirect subsidiary of the Royal Bank of Scotland Group.

A summary filing of specific answers to the complaint is updated HERE.

It is relevant to note that although the suit remains open, McLeod's personal attorney ceased to represent him, filing injunctive relief with the court on October 15, 2013 (48 hours after his appearance on The Hagmann & Hagmann Report), citing irreconcilable differences in their working relationship.

While we post, publish and speak using our own true names, operating not under the cloak of anonymity, but complete transparency, it is reasonable to ask why it is necessary for an alleged Christian truth seeker to hide behind a fictitious identity if he is not an active whistle blower or has anything to hide. Any reasonable person would consider this omission alone a serious violation of trust.

As truth became ever more elusive to us, we opted not to provide any more airtime or coverage of Kirk McLeod (Michael Erevna), or anyone else directly or indirectly involved in this issue. For reasons we can only speculate, McLeod became intent on making nuisance type allegations on the Internet, which we ignored.

It was during this period, however, that Marinka Peschmann became involved with Kirk McLeod under his false identity, Michael Erevna, and initiated an increasingly insipid series of slanderous, libelous and malicious attacks against us that are completely untruthful, deliberately misrepresented, or contextually inaccurate. With regard to Marinka Peschmann, a columnist terminated from a Canadian website and other political sites, she was an invited guest on The Hagmann & Hagmann Report on December 21, 2012 to discuss, in part, her book on the death of White House Counsel Vince Foster. Her premise contained in her book proved to be unpopular.

During several private subsequent telephone conversations with Doug Hagmann between December 23, 2012 and June 5, 2013, Peschmann complained of poor book sales and lack of promotion by The Hagmann & Hagmann Report.

Following an incident in 2013 when an unusual telephone ring back and caller ID on the office telephone of Doug Hagmann suggested some type of electronic surveillance was being conducted, Marinka Peschmann offered to investigate and file FOIA inquiries with the appropriate federal agencies. In fact, she was persistent. In retrospect, this persistence should have been an indication something was amiss. Pursuant to her request, however, Hagmann provided a sworn affidavit to Peshcmann and cooperated fully with her investigation.

Her allegations of non-receipt are patently false as the sworn documents were submitted and remain on file. This should be without question, as her self-stated journalistic prowess would never allow her to file FOIA requests without first having a fully sworn affidavit of facts in hand. One should thoughtfully consider this fact alone, as her actions, when viewed through her own statements, would make her either inconceivably incompetent or deliberately untruthful, or perhaps both.

During this time, Hagmann was informed by a reliable editor of an international news website that Peschmann was angry that he would not promote her book about Vince Foster due to a disagreement with her conclusions outlined in her book. Ms. Peschmann immediately became extremely agitated and told this editor and others that she was going to "take [him] down," and "do everything possible to ruin [him]" as a result.



Upon learning of these comments and feeling that the relationship of trust was questionable, at best, Hagmann requested that Peschmann immediately cease and desist any representation in his name in this or any other matters. By this time, Peschmann furnished the NSA FOIA reply to Hagmann, who erroneously referred to the NSA FOIA number as a "file number." It was upon learning that Hagmann had no desire to be represented by Peschmann when she began her rabid attacks to malign his reputation, hanging her hat on this innocuous error. As an aside and contrary to the claims of Peschmann, Hagmann never threatened to sue Peschmann, although did inform her of the desire to seek legal counsel on matters related to the core matter. Given the curious obsession of Peschmann with Hagmann, one would think she would produce authenticated proof of her accusation. She has not, as none exists.

Straining to maintain relevance and angry over being dropped from representing Hagmann in the press, Peschmann spoke telephonically to a few of our colleagues, stating her intentions to "ruin Hagmann and Quayle" by publishing a report claiming that the information contained in the sworn affidavit was a lie and we were profiting from fear. This resonated with former guest Michael Erevna (Kirk McLeod) and together, they began their public campaign of slander and libel in the fall of 2014.

Despite being a self-proclaimed journalist who claims to always speak and write the truth, it is evident that Peschamnn was either a willing participant in propagating the false name of Michael Erevna on her website, or failed to conduct the necessary due diligence pertaining to his fictitious identity, even after having reason to do so. One should thoughtfully consider this fact as well, as her intentional propagation of this fictitious identity, would again make her either inconceivably incompetent or deliberately untruthful, or perhaps both.

Yet another issue Peschmann has raised as being untruthful is the allegation that the former website of Douglas J. Hagmann was never the target of termination by its host server, GoDaddy. According to Peschmann, whose journalistic abilities and motives should be much clearer by now, the fate of HomelandSecurityUS.com rested on Hagmann's ability to pay $50.00. Investigation would have found the publication of this email from GoDaddy, sent on June 22, 2012:

*JUNE 22, 2012*

*DEAR SIR OR MADAM,*

*OUR RECORDS INDICATE THAT YOU ARE RESPONSIBLE FOR THE* **HOMELANDSECURITYUS.COM** *DOMAIN NAME AND ITS HOSTED CONTENT. WE HAVE RECEIVED COMPLAINTS ABOUT YOUR DOMAIN NAME AND THE CONTENTS OF YOUR WEBSITE. UPON REVIEWING THE SITUATION, WE HAVE FOUND THAT THEY ARE IN VIOLATION ON SECTION 7 OF YOUR DOMAIN REGISTRATION AGREEMENT. (HTTP://WWW.GODADDY.COM/GDSHOP/ LEGAL_AGREEMENTS/SHOW_DOC.ASP ?SE=%2B&PAGEID=REG%5FSA)*

*WE UNDERSTAND THAT THIS CAN BE A VERY SENSITIVE TOPIC, AND THAT THERE WILL LIKELY BE A DIFFERENCE OF OPINION AS TO THE NATURE OF THE COMPLAINTS. WE ARE NOT MAKING A DETERMINATION IN FAVOR*

*OF EITHER, BUT DO NOT WISH TO BE INVOLVED IN SUCH DISPUTES.  AS A RESULT, WE ASK THAT YOU MOVE THE REGISTRATION AND HOSTING FOR THESE SITES TO ANOTHER PROVIDER (NOT AFFILIATED WITH GODADDY.COM OR OUR RESELLER DIVISION, WILDWESTDOMAINS.COM).*

*IF YOU CAN INITIATE THIS MOVE WITHIN 48 HOURS OF THE TRANSMISSION OF THIS NOTICE, THERE WILL NOT NEED TO BE ANY DOWNTIME FOR YOUR SITE. IF THE TRANSFER IS NOT INITIATED BY THIS TIME, WE MAY HAVE TO SUSPEND SERVICES TO YOUR WEBSITE. WE STRONGLY RECOMMEND YOU REPLY TO THIS MESSAGE AS TO YOUR INTENTIONS. THIS WILL FURTHER HELP INSURE THAT NO UNNECESSARY DOWNTIME RESULTS FOR YOUR SITE.*

*IF YOU HAVE ANY QUESTIONS, PLEASE*

*LET US KNOW.  PLEASE BE AWARE*

*THAT THIS DECISION IS FINAL, AND WE*

*DO NOT WISH TO DEBATE THE ACTUAL*

*CONTENT OF YOUR SITE.*

*REGARDS,*

*NETWORK ABUSE DEPARTMENT*

*GODADDY.COM*

*24/7 NETWORK ABUSE DEPARTMENT*

*HOTLINE: 480-624-2505*

*ARID1020*

Additionally, Peschmann and McLeod have maliciously misrepresented one of the most trusted tools in carrying our broadcast: the Hagmann & Hagmann App. Prominent on her website (as well as on McLeod's), they devote much print space and feigned outrage over the apparent intrusiveness of the tool. Perhaps the best example of the lack of journalistic prowess of Peschmann and the IT abilities of McLeod exists here, as what they portray as an App that wants listeners' private information is merely showing the **default settings** of the user's phone. Unlike Peschmann or McLeod, we verified these facts with the creator of the app after this ludicrous accusation for clarification.

As you might be beginning to see, there seems to be something much more sinister propelling McLeod and Peschmann aside from mere maliciousness, duplicitous and deceit. Their obsession has been quite disconcerting to us.

Lastly, although perhaps most importantly, Peschmann crossed into serious territory when she published her accusations that Douglas Hagmann lied about a police action that took place as a result of a very personal and private incident involving his wife, his ill father-in-law and his caregiver at that time. Hagmann went on record and spoke about this incident shortly after it happened. Unknown to Peschmann, however, is that the person she spoke with at the police department contacted Doug Hagmann within 5 minutes of Peschmann calling, to make him aware of the predisposition sensed during her inquiry. Perhaps Peschmann forgot that Doug Hagmann has been an investigator in the private sector for 30 years and knows the clerks and brass of the local police force well.

Unfortunately, as this incident is part of a much larger issue that has caused much pain and anguish to Hagmann's wife and immediate family. As such and considering the ongoing nature of the matter, Doug Hagmann has chosen to protect his family from further strife over trying to satisfy the strangely obsessive needs of a so-called professional. Sadly, it is expected that Peschmann will not respect such boundaries, regardless of the fragility of this situation and the family members involved. So be it.

Meanwhile, Mr. McLeod, using the name Michael Erevna, vociferously condemns us for allegedly profiting from spreading fear porn under the banner of Christianity. He portrays a sense of revulsion from our legitimate attempts to inform the public of the threats to our freedoms, and even warns people not to contribute to our efforts in any manner. While he appears to find disdain with our efforts, he himself appears to have established a fictitious company named ATSI in Mount Kisco, NY which he uses to accept contributions. Research with the New York State Department of State, however, found no record of this being a registered business within the state of New York under his real or fictitious name.

Again, he has never publicly admitted the monies he received to assist him with his research, and never disclosed his business entanglements.

Meanwhile, Ms. Peschmann continues her campaign of lies against us as well, obvious investing an incredible amount of time writing prolifically and actively encouraging others to join her to "expose" us in our Christian endeavors. Any person of reasonable sensibilities would be wary of the time and effort she, in collusion with McLeod and others, are committing to their endeavors, and look closely at the personal and professional alliances and history both have but have deliberately chosen not to include.

Although we could expose more, we feel this is sufficient and have neither the time not the desire to

hurt anyone. Our only desire is to briefly address this unfortunate situation.

To our listeners and readers, we submit to you that we are seeing exactly what author Tom Horn wrote about in book *Blood on the Altar*, where he writes about sinister demonic forces assailing true Christian ministries. Excerpted from page 31:

*"…JUST ABOUT EVERY BIBLE EXPOSITOR I KNOW HAS BEEN TIRELESSLY HARASSED ONLINE THE LAST FEW YEARS BY FAKE DEFENDERS OF THE FAITH."*

*"WITH THAT IN MIND, THE NEXT TIME YOU ARE ONLINE READING SOME DIATRIBE ABOUT CHUCK MISSLER, GARY STEARMAN, STEVE QUAYLE, DAVID FLYNN, J.R. CHURCH, L.A. MARZULLI, CRIS PUTNAM, JONATHAN CAHN, YOURS TRULY, OR ANY OF THE OTHER CURRENT FAVORITE TARGETS, ASK YOURSELF IF THE HATCHET PEOPLE ATTACKING THEM EVER BOTHERED TO OBEY SCRIPTURE…"*

*"'[B]E CAREFUL LITTLE EYES WHAT*

*YOU READ,' BECAUSE DESTRUCTIVE FORCES SEEK TO CONTAMINATE YOUR MIND AND SPIRIT (SEE PROV. 4:23-27) IN ORDER TO PREP YOU FOR SERVICE TO THE DARK SIDE."*

Clearly, this is a spiritual war and the unseen hand of the enemy is at work. It should be crystal clear in light of the disturbing, patently offensive and blasphemous image published by Kirk McLeod, under the name Michael Erevna on his website, using the image of our Lord and Savior, Jesus Christ, as the basis of a caricature of Steve Quayle.

The spirit of truth will always prevail in spite of our humanity. 1 John Chapter 4, verse 6 instructs us to know the spirits – whether they are of God or not of God. After all the slander, libel, castigation and impingement against the truth, the truth is still the truth.

*"WE ARE OF GOD: HE THAT KNOWETH GOD HEARETH US; HE THAT IS NOT OF GOD HEARETH NOT US. HEREBY KNOW WE THE SPIRIT OF TRUTH, AND THE SPIRIT OF ERROR." [KJV]*

*FOR WE CAN DO NOTHING AGAINST THE TRUTH, BUT FOR THE TRUTH. 2 CO 13:8 [KJV]*

The truth will always prevail in spite of our humanity.

**Indeed, there *is* Blood on the Altar.**

---

**Share this:**

  

**Related**



Supreme Hubris against God & the Judgment Ahead – Steve Quayle & Aaron Brickman tonight on The Hagmann & Hagmann Report
Aaron Brickman is an investor in the private sector who has used his knowledge of certain historical cycles to make and avoid losing money in the financial markets. He has exhibited his business acumen and discussed his knowledge of
In "Show Archives"

Demonization, Deception & Divisiveness inside the Gate
In "From the Wires"



Major Muslim Terrorists Makes This Declaration To All Americans: We Are Coming After You
In "From the Wires"





**TAGS**  news

 SHARE  Facebook  Twitter    Tweet

0

Previous article

The Illuminati symbolism behind Super Bowl 49

Next article

Who will stand with the remnant? Are you prepared to endure the coming persecution for the sake of your salvation?



**Douglas Hagmann**

RELATED ARTICLES    MORE FROM AUTHOR



Domestic News

Health and Geopolitical News with Dr. Ted Broer On The Hagmann Report



Domestic News

FBI to Re-Open Investigation Into Hillary Clinton's Email Server



From the Wires

Hamburg gang rape teenagers' suspended sentences spark anger



**Domestic News**

Jury Acquits Leaders of Oregon Wildlife Refuge Standoff



**Domestic News**

Obama blames the media for issues with Obamacare



**From the Wires**

Will you Choose Life or Death in this Election? Our Decision WILL Define Our Christianity & Our Fate

---

## GET DOUG'S NEW BOOK!

## Recent Posts

Health and Geopolitical News with Dr. Ted Broer On The Hagmann Report

---

FBI to Re-Open Investigation Into Hillary Clinton's Email Server

---

Hamburg gang rape teenagers' suspended sentences spark anger

---

Jury Acquits Leaders of Oregon Wildlife Refuge Standoff

---

Obama blames the media for issues with Obamacare

---

Will you Choose Life or Death in this Election? Our Decision WILL Define Our Christianity & Our Fate

## Advertise with Hagmann&Hagmann

Get Your Business Jump Started Today!

## Help H&H Stay Fighting Till The End



**MAILING INFORMATION**
**Hagmann Investigative Services, Inc.***
**P.O. Box 9534**
**Erie, PA 16505**

Please consider helping us to offset our investigative, research and broadcasting costs. Any assistance is very much appreciated. *Note: To



BASED ON A TRUE STORY

# STAINED BY BLOOD

A MURDER INVESTIGATION

Douglas J. Hagmann

Triggered: Journalist Snowflakes Scared Trump Supporters Are 'Turning on the Media'

Top Clinton aide: Trump 'absolutely right' he can win

WikiLeaks Report: Obama Admin Discriminated Against Arab Christians for Top Jobs

comply with banking "laws" and as The Hagmann & Hagmann Report is a corporate subsidiary, checks must be made payable to Hagmann Investigative Services, Inc.

## ABOUT US

The Hagmann Report website provides our readers and listeners with our in-depth original investigative reports and summaries of important articles relevant to today's Christian.

Contact us: studio@hagmannandhagmann.com

The Hagmann Report
Exposing the NWO Agenda

## FOLLOW US



© Hagmann Investigative Services Inc. Copyright 2015

Hagmann & Hagmann     Advertise with H&H     YouTube     Blogtalk