UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARINKA PESCHMANN,<br><br>　　　　　　　Plaintiff,<br><br>　-Against-<br><br><br>STEPHEN QUAYLE, DOUGLAS HAGMANN, DOES 1-20,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.:<br>1:17-cv-00259-CB-SPB<br><br>**Notice:** Two Related Cases To This Action Have Been Settled and Defendants Spoiled With Their Joint Statement Again |

## NOTICE: TWO RELATED CASES TO THIS ACTION HAVE BEEN SETTLED, AND DEFENDANTS SPOILED WITH THEIR FEBRUARY 10, 2015 JOINT STATEMENT AGAIN

　　Plaintiff *pro se* hereby files these documents to notify the Court that two related cases to the above referenced Action have been settled, and Defendants Douglas Hagmann ("Hagmann") and Stephen Quayle ("Quayle") have spoiled with their February 10, 2015 Joint Statement again.

　　1.　*Depositors Insurance Company vs. Stephen Quayle* based upon this Action has been settled. Hereto attached as **Exhibit A** is a true and correct copy of "Plaintiff Depositors Insurance Company's Notice of Voluntary Dismissal with Prejudice" (Cause No. 2:17-cv-00086-SHE). *See* Dkt. No. 90-3 § Exhibit 50.

　　2.　*Marinka Peschmann vs James Schifrin* (A1603215) has been settled and voluntarily dismissed with prejudice. The Plaintiff's settlement included a retraction. Hereto attached as **Exhibit B** is a true and correct copy of Mr. James Schifrin's retraction regarding the Plaintiff. *See:* Dkt. No. 91-1§ Exhibit 72.

1

3.  Defendants have spoiled with their February 10, 2015 Joint Statement against the Plaintiff again. Thus, hereto attached as **Exhibit C** is a true and correct copy of the first two pages of Defendants' Feburay 10, 2015 Joint Statement at its latest <u>new location</u>. To prevent additional burdensome duplication for the Court, the Plaintiff has submitted the first two pages, as opposed to Defendants entire Joint Statement for a <u>third time</u>. The Plaintiff took a true and correct screenshot of the top of the Hagmann Report's website, as it cannot be converted or printed out in a legible manner without the format distorting. Otherwise the PDF conversion is a legible, true and correct copy.

   a. *See:* Dkt. No. 90-1 **Exhibit 14:** Quayle and Hagmann's Original Joint Statement published February 10, 2015: located at:
   http://www.hagmannandhagmann.com/archives/1451

   b. *See:* Dkt. No. 90-1, **Exhibit 15:** Joint Statement re-published sometime in September-October 2016 located at: https://www.hagmannreport.com/from-the-wires/setting-the-record-straight-joint-response-addressing-the-character-assassinations-underway/

   c. Defendants latest Joint Statement was spoiled sometime after the Plaintiff filed her Opposition to Defendants Motions to Dismiss (February 5, 2018). It remains available to the public-at-large and is now located at:
   https://www.hagmannreport.com/exclusive-reports/setting-the-record-straight-joint-response-addressing-the-character-assassinations-underway/

The Plaintiff contacted Quayle and Hagmann's Counsel Bruce S. Rosen and Michael A. Agresti by email on August 8, 2018 regarding whether or not they agreed that the Court should be notified concerning the above referenced matters in addition to other matters relevant to this Action.

Counsel for Hagmann and Quayle have declined to respond to the Plaintiff one way or the other. The Plaintiff looks forward to our conference call with the Court today at 2:00 pm.

In the event Plaintiff has filed any documents improperly with this Notice, the Plaintiff requests she be ordered to correct and refile.

I declare under penalty of perjury under the laws of the United States, and pursuant to the laws of the State of Pennsylvania, that the foregoing is true and correct.

Dated: August 13, 2018                    Respectfully submitted by:

                                                                /s/ Marinka Peschmann

cc: Counsel of record via ECF       Marinka Peschmann, Plaintiff *pro se*
    Bruce S. Rosen (for Quayle)      P.O. Box 45094 Port Credit, Mississauga
    Michael A. Agresti (for Hagmann)  Ontario, L5G 4S7, Canada
                                                Tele: 646-929-4132,
                                                Email: marinkapm@aol.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 13, 2018 copies of the foregoing Notice were filed in the Western District of Pennsylvania and served via ECF to the following counsel parties of record:

Representing Defendant Stephen Quayle

Bruce Steven Rosen
McCusker, Anselmi, Rosen, Carvelli, P.C.
805 Third Avenue, 12th Floor
New York, NY 10022
Email: BRosen@marc.law

Representing Defendant Douglas Hagmann

Michael A. Agresti
Marsh Spaeder Baur Spaeder & Schaaf, LLP
300 State Street, Suite 300
Erie, PA 16507
MAgresti@marshlaw.com

  /s/ Marinka Peschmann
Marinka Peschmann, Plaintiff *pro se,*
P.O. Box 45094 Port Credit
Mississauga, Ontario, L5G 4S7, Canada
Telephone: 646-929-4132, 905-891-0580
Email: marinkapm@aol.com