IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARINKA PESCHMANN,** | ) | |
| Plaintiff | ) | **C.A.No. 17-259Erie** |
| | ) | |
| vs. | ) | **District Judge Bissoon** |
| | ) | |
| **STEPHEN QUAYLE, et al,** | ) | **Magistrate Judge Baxter** |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 13th day of August, 2018;

IT IS HEREBY ORDERED that Plaintiff shall be allowed to file a Second Amended Complaint by October 1, 2018.

IT IS FURTHER ORDERED that the motions to dismiss [ECF No. 82 and ECF No. 84] are dismissed without prejudice to be re-asserted against the Second Amended Complaint.

IT IS FURTHER ORDERED that answers and/or motions to dismiss are due by December 7, 2018; oppositions to motions to dismiss are due by January 7, 2019; and reply briefs are due January 22, 2019.

IT IS FURTHER ORDERED that ECF No. 97 be stricken from the docket, without prejudice.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States Magistrate Judge

1